**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Plainville Livestock Commission, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Plainville Livestock Inc.** <br> **4 G Cattle** | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1179209** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **907 NW Third St** <br> **Plainville, KS 67663** <br> Number, Street, City, State & ZIP Code | **P O Box 356** <br> **Plainville, KS 67663** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Rooks** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor     **Plainville Livestock Commission, Inc.**          Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__1152__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 1, 2019**
                 MM / DD / YYYY

**X /s/ Tyler D. Gillum**             **Tyler D. Gillum**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ W. Thomas Gilman**            Date **March 1, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**W. Thomas Gilman 11867**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone    **316-267-2000**      Email address    **tgilman@hinklaw.com**

**11867 KS**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Plainville Livestock Commission, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Landmark National Bank**<br>**P O Box 308**<br>**Manhattan, KS 66502** | | | | | | **$8,000,000.00** |
| **Lloyd Schneider**<br>**1807 W 1300 Rd**<br>**Plainville, KS 67663** | | **Co-Maker on Almena Loan** | | | | **$2,000,000.00** |
| **Tim Berland**<br>**1260 2 Rd**<br>**Damar, KS 67632** | | | | | | **$365,463.94** |
| **International Sureties Ltd**<br>**c/o Liz Dukes**<br>**701 Poydras St Ste 420**<br>**New Orleans, LA 70139** | | | | | | **$285,000.00** |
| **Lyle Gottschalk**<br>**1812 Maple St**<br>**Ellis, KS 67637** | | | | | | **$265,879.08** |
| **Gene Tilton**<br>**aka JGT**<br>**708 Southwood Ct**<br>**Quinter, KS 67752** | | | | | | **$182,550.54** |
| **K6 Farms-Garrett Krueger**<br>**1309 E Fox**<br>**Kensington, KS 66951** | | | | | | **$146,639.23** |

| Debtor | Plainville Livestock Commission, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TBK Bank**<br>**12700 Park Central**<br>**Dr**<br>**Dallas, TX 75251** | | **2002 Merritt Cattle Trailer**<br>**2015 Merrit Aluminum trailer**<br>**2004 Neckover Cattle Trailer**<br>**2012 PJ Tandem Dually trailer**<br>**1991 Peterbilt 379**<br>**2003 Dodge** | | **$227,238.80** | **$82,000.00** | **$145,238.80** |
| **Conway Farms**<br>**2607 C Augusta Ln**<br>**Hays, KS 67601** | | | | | | **$135,000.00** |
| **Baker Farms**<br>**765 E Mohawk**<br>**Phillipsburg, KS 67661** | | | | | | **$105,987.60** |
| **Riley Noll**<br>**20998 Q Rd**<br>**Ransom, KS 67572** | | | | | | **$78,323.72** |
| **Keith Erickson**<br>**1197 W Iron Rd**<br>**Prairie View, KS 67664** | | | | | | **$75,786.00** |
| **Duffy Rye**<br>**886 Pleasant View Rd**<br>**Russellville, AR 72802** | | | | | | **$67,914.46** |
| **USDA**<br>**c/o John Ver Linden**<br>**3950 Lewiston St Ste 200**<br>**Aurora, CO 80011** | | | | | | **$67,000.00** |
| **Spresser Farms**<br>**151 E Rd 120N**<br>**Dresden, KS 67635** | | | | | | **$66,146.26** |
| **Box S Ranch**<br>**2728 County 685 Ave**<br>**Lucas, KS 67648** | | | | | | **$63,828.88** |
| **Eldon Kriley**<br>**2140 J Terr**<br>**Stockton, KS 67669** | | | | | | **$61,438.42** |
| **Ed Courtney**<br>**Quinter, KS 67752** | | | | | | **$56,935.20** |
| **Ferguson Angus**<br>**878 E Santa Fe Rd**<br>**Agra, KS 67621** | | | | | | **$54,818.38** |
| **Brian Pelton**<br>**2710 9 Rd**<br>**Plainville, KS 67663** | | | | | | **$52,273.06** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re **Plainville Livestock Commission, Inc.** _____    Case No. _____

                                                                Debtor(s)         Chapter  **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept _____ | $ _____ |
| Prior to the filing of this statement I have received _____ | $ _____ |
| Balance Due _____ | $ _____ |

■ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of _____ | $         **20,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of _____<br>[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved<br>fees and expenses exceeding the amount of the retainer. | $            **300.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

In re  **Plainville Livestock Commission, Inc.**

_____
Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March  1, 2019** | **/s/ W. Thomas Gilman** |
| _Date_ | **W. Thomas Gilman 11867** |
| | _Signature of Attorney_ |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **tgilman@hinklaw.com** |
| | _Name of law firm_ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Aflac
1932 Wynnton Rd
Columbus GA 31999


Ally Financial
P O Box 380801
Bloomington MN 55438


Almena State Bank
P O Box 127
Almena KS 67622


Frank Applehans
P O Box 53
Morland KS 67650


Jeff Ary
1971 Fatzer St
Lewis KS 67552


Baker Farms
765 E Mohawk
Phillipsburg KS 67661


Tim Berland
1260 2 Rd
Damar KS 67632


Box S Ranch
2728 County 685 Ave
Lucas KS 67648


Cintas Corporation 449
P O Box 88005
Chicago IL 60680-1005


City of Plainville
P O Box 266
Plainville KS 67663


Cline Wood Agency
P O Box 415035
Kansas City MO 64141-5035

Randy Clydsdale
507 N Wabash Ave
Norton KS 67654


CNH Industrial Capital
Productivity Plus Account
P O Box 790449
Saint Louis MO 63179


CNH Industrial Capital America
500 Diller Ave
New Holland PA 17557


CNH Industrial Capital America
100 Brubaker Ave
New Holland PA 17557


CNH Industrial Retail Accounts
P O Box 71264
Philadelphia PA 19176-6264


Conway Farms
2607 C Augusta Ln
Hays KS 67601


Wes Cook
2195 14 Rd
Plainville KS 67663


Ed Courtney
Quinter KS 67752


Jeff Drees
2977 US HWY 282
Hill City KS 67642


Keith Erickson
1197 W Iron Rd
Prairie View KS 67664


Farm Service Agency
3600 Anderson Avenue
Manhattan KS 66503-2511

Ferguson Angus
878 E Santa Fe Rd
Agra KS 67621


Ford Motor Credit Company LLC
c/o Natl Bankruptcy Serv Ctr
P O Box 62180
Colorado Springs CO 80962


Daniel Gottschalk


Lyle Gottschalk
1812 Maple St
Ellis KS 67637


Justin Hogan
24187 AA Rd
Densmore KS 67645


International Sureties Ltd
c/o Liz Dukes
701 Poydras St Ste 420
New Orleans LA 70139


Jim Mitten Trucking
3660 US 40
Oakley KS 67748


K6 Farms-Garrett Krueger
1309 E Fox
Kensington KS 66951


Kansas Depart of Agriculture
900 SW Jackson Rm 456
Topeka KS 66612


Kansas Department of Labor
Legal Services
401 S.W. Topeka Boulevard
Topeka KS 66603-3182

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Denton Krafft
760 W Mohawk Rd
Phillipsburg KS 67661


Eldon Kriley
2140 J Terr
Stockton KS 67669


Landmark National Bank
P O Box 308
Manhattan KS 66502


Brenda Lucas
P O Box 153
Palco KS 67657


Brian Luhman
2837 W 200th Dr
Natoma KS 67651


Lyle Luhman
2030 CO 647 Ave
Natoma KS 67651


Cleo McComb
377 E Hwy 9
Glade KS 67639


Midwest Energy Inc
P O Box 898
Hays KS 67601


Mulder Farms
17532 Rd E12
Logan KS 67646


Gary Mulder
27845 Rd R
Logan KS 67646

NexTech
P O Box 158
Lenora KS 67645


NexTech Wireless
3001 New Way
Hays KS 67601-3262


Riley Noll
20998 Q Rd
Ransom KS 67572


Office of General Counsel
US Dept of Agriculture
P O Box 419205 Mail Stop 1401
Kansas City MO 64141-6205


Brian Pelton
2710 9 Rd
Plainville KS 67663


Jason Rathbun
2270 9 Rd
Zurich KS 67663-7035


Duffy Rye
886 Pleasant View Rd
Russellville AR 72802


Bryce and Dawn Sammons
625 3 Rd
Logan KS 67646


Jeff Sammons
206 W Commercial St
Logan KS 67646


Lloyd Schneider
1807 W 1300 Rd
Plainville KS 67663


Melvin Schultz
2957 S 50th Ave
Lucas KS 67648

Wesley F Smith
Stevens & Brand LLP
P O Box 189
Lawrence KS 66044


Spresser Farms
151 E Rd 120N
Dresden KS 67635


Derek Stockman
P O Box 41
Kirwin KS 67644


Joe Suchland
1272 E Mohawk Rd
Agra KS 67621


TBK Bank
12700 Park Central Dr
Dallas TX 75251


TBK Bank
401 S Main
Lamar CO 81052


Delaine Thomas
312 Holland
Prairie View KS 67664


Gene Tilton
aka JGT
708 Southwood Ct
Quinter KS 67752


Travelers RMD
P O Box 5600
Hartford CT 06102-5600


Brad Trexler
2977 US Hwy 283
Hill City KS 67642


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202

USDA
c/o John Ver Linden
3950 Lewiston St Ste 200
Aurora CO 80011


USDA Rural Development
P O Box 66879
Saint Louis MO 63166


Rick Wagner
1117 W 800 Rd
Phillipsburg KS 67661


Brayden Werth
413 Jefferson
Ellis KS 67637


Leland Werth
24023 360th Ave
Ellis KS 67637


Rodney Werth
24023 360th Ave
Ellis KS 67637


Western Cooperative Electric
P O Box 278
Wakeeney KS 67672

# United States Bankruptcy Court
## District of Kansas

In re    **Plainville Livestock Commission, Inc.**                     Case No. _____

_____     Chapter    **11**  _____

                                Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  1, 2019**                          **/s/ Tyler D. Gillum**
_____              _____
                                          **Tyler D. Gillum**/**President**
                                          Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **Plainville Livestock Commission, Inc.**                                           Case No.

                                                   Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Tyler D Gillum**<br>**609 N Broadway St**<br>**Plainville, KS 67663** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  1, 2019**                          Signature   **/s/ Tyler D. Gillum**

                                                                 **Tyler D. Gillum**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re    **Plainville Livestock Commission, Inc.**             Case No.

                         Debtor(s)          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Plainville Livestock Commission, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  1, 2019**

Date

               **/s/ W. Thomas Gilman**

               **W. Thomas Gilman 11867**

               Signature of Attorney or Litigant

               Counsel for    **Plainville Livestock Commission, Inc.**

               **Hinkle Law Firm LLC**

               **1617 N. Waterfront Parkway, Suite 400**
               **Wichita, KS 67206**
               **316-267-2000 Fax:316-264-1518**
               **tgilman@hinklaw.com**