**Fill in this information to identify the case:**

Debtor name **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **19-10293**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Almena State Bank Balance as of 2-28-19 In debtor's possession** | **Custodial Account/Clearing Account** | 5307 | $3,829.86 |
| 3.2. | **Peoples State Bank Hill City, KS Balance as of 3-1-19 In debtor's possession** | **Checking** | 5201 | $1,584.96 |
| 3.3. | **Almena State Bank Balance as of 2-22-19 In debtor's possession** | **Operating Account** | 5382 | $185,337.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $190,752.52 |
|---|

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | **ARGO INSURANCE - RECEIVED POST-PETITION** | | | |

| 11a. 90 days old or less: | 20,654.90 | - | 0.00 | = .... | $20,654.90 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $20,654.90 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment, furniture, cafe equipment, etc.** **SEE ATTACHED SPREADSHEET** In debtor's possession | Unknown | Debtor Estimate | $10,775.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $10,775.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor    **Plainville Livestock Commission, Inc.**        Case number *(If known)* **19-10293**
Name

☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Chevy Silverado**<br>**In possession of Jarrett Harmon** | Unknown | Debtor Estimate | $20,500.00 |
| 47.2.   **2015 Ford F150**<br>**In debtor's possession** | Unknown | FMCC Estimate | $27,000.00 |
| 47.3.   **2017 Ford F150**<br>**In debtor's possession** | Unknown | FMCC Estimate | $31,750.00 |
| 47.4.   **New Holland L223 Skid Steer**<br>**NEM483964**<br>**New Holland T6 145 Tractor ZFED02749**<br>**In debtor's possession** | Unknown | Debtor Estimate | $12,000.00 |
| 47.5.   **2002 Merritt Cattle Trailer**<br>**2015 Merritt Aluminum Trailer**<br>**2004 Neckover Cattle Trailer**<br>**2012 PJ Tandem Dually Trailer**<br>**1991 Peterbilt 379**<br>**2003 Dodge 3500 Truck**<br>**1990 Chevy 4x4 Truck**<br>**In debtor's possession** | Unknown | Debtor Estimate | $82,000.00 |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Machinery, equipment, etc.- SEE ATTACHED**<br>**SPREADSHEET**<br>**In debtor's possession** | Unknown | By Almena Bank | $359,550.00 |

51.    **Total of Part 8.**

      Add lines 47 through 50. Copy the total to line 87.

         **$532,800.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor      **Plainville Livestock Commission, Inc.**                    Case number *(If known)* **19-10293**
            Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Claim by debtor or cattle sellers against Almena State Bank** | **Unknown** |
|     **Nature of claim** | |
|     **Amount requested**    **$0.00** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Software Programs**<br>**In debtor's possession** | **Unknown** |

| 78.    **Total of Part 11.** | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Plainville Livestock Commission, Inc.**                          Case number *(If known)*  **19-10293**
          Name

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☑ No
         ☐ Yes

Debtor    **Plainville Livestock Commission, Inc.**                                  Case number *(If known)* **19-10293**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $190,752.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,654.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,775.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $532,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $754,982.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $754,982.42 |

# PLAINVILLE LIVESTOCK COMMISSION, INC. - CASE NO. 19-10293-11

## Schedule B - Office Equipment

| Description | Value* |
|---|---|
| 3 White Tables | $ 150.00 |
| 8 Black Chairs | $ 800.00 |
| 1 Brown Chair | $ 150.00 |
| 10 Gray Chairs | $ 100.00 |
| 1 Couch | $ 450.00 |
| 3 End Tables | $ 75.00 |
| 6 Computers | $ 600.00 |
| 2 Printers | $ 200.00 |
| Café Equipment: | |
| 50 Black Chairs | $ 1,000.00 |
| Tables | $ 500.00 |
| Ice Machine | $ 2,000.00 |
| Freezer | $ 150.00 |
| Refrigerator - 2 Door | $ 650.00 |
| Refrigerator | $ 400.00 |
| Stove/Oven | $ 150.00 |
| Grill | $ 350.00 |
| Prep Table | $ 1,100.00 |
| 2 Fryers | $ 1,200.00 |
| Freezer Comm | $ 350.00 |
| Dishware | $ 400.00 |
| **TOTAL Value** | **$ 10,775.00** |

*Value is Debtor's Estimate

**PLAINVILLE LIVESTOCK COMMISSION, INC. - CASE NO. 19-10293-1**

## Schedule B - Equipment & Machinery

| Description | Value* |
|---|---|
| 02 Polaris 400 Sportman | $ 250.00 |
| 10' Speed Motor | $ 500.00 |
| Deck Mower | $ 1,500.00 |
| Blattner Panels - Gates | $ 11,500.00 |
| Blattner Bale Trailer | $ 1,600.00 |
| Cresote Posts & Steel Posts | $ 1,000.00 |
| 40 panel Trailer | $ 3,500.00 |
| Schaben Boom Sprayer - 4 Wheeler | $ 200.00 |
| 2014 Silencer Chute | $ 10,000.00 |
| 2007 C&S Chute | $ 6,000.00 |
| Portable Load Out Chut | $ 4,400.00 |
| Vet Tub 7 Circular Processing | $ 22,000.00 |
| Tanks 1000 gal - 8 stock Tanks | $ 1,000.00 |
| Tanks Upright 1500 x 2 | $ 1,500.00 |
| JD Power Washer (2) | $ 500.00 |
| Bunks/Feeders | $ 2,500.00 |
| Lincoln Welder/Torch/Shop Equipment | $ 8,000.00 |
| Miller Bobcat 225G Weld/Gen | $ 1,500.00 |
| Miller Wire Feed Welder | $ 1,500.00 |
| Polaris Sprayer | $ 500.00 |
| EZ Roll-Wire Roller & Wire | $ 500.00 |
| 2016 Ford NY 145 Tractor | $ 92,000.00 |
| JD 544J Front End Loader | $ 65,000.00 |
| Volvo 85 HP Skid Steer Tracks | $ 20,000.00 |
| 1969 JD 4020 | $ 8,000.00 |
| JD Motor Grader | $ 8,500.00 |
| 2008 Hustler 60" Mower | $ 4,000.00 |
| 2013 Polaris Ranger | $ 6,500.00 |
| 2018 Haybuster | $ 22,500.00 |
| 4 Star 7x20 Aluminum Trailer | $ 7,500.00 |
| 2016 Hughes Livestock Trailer | $ 18,500.00 |
| Belly Dump Semi Trailer | $ 14,000.00 |
| EZ Loader Trailer | $ 8,500.00 |
| 2008 Eagle Flatbed Trailer | $ 3,000.00 |
| 1977 S & H Gooseneck Trailer | $ 500.00 |
| 2015 PJ Trailer | $ 1,100.00 |
| **TOTAL Value** | **$ 359,550.00** |

\* Almena State Bank's Value

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Plainville Livestock Commission, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | **19-10293** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

---

**2.1** | **Ally Financial**
Creditor's Name

P O Box 380801
Bloomington, MN 55438
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 Chevy Silverado**
**In possession of Jarrett Harmon**

Describe the lien
**Vehicle Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$11,857.42**
Value of collateral: **$20,500.00**

---

**2.2** | **Almena State Bank**
Creditor's Name

P O Box 127
Almena, KS 67622
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Machinery, equipment, etc.**
**Office Equipment, Furnishings etc.**
**SEE ATTACHED SPREADSHEETS**
**In debtor's possession**

Describe the lien
**Loans/Security Interests**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$3,490,220.00**
Value of collateral: **$370,325.00**

---

Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 4

| Debtor | Plainville Livestock Commission, Inc. | | Case number (if known) | 19-10293 |
|---|---|---|---|---|
| | Name | | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **CNH Industrial Retail Accounts** | **Describe debtor's property that is subject to a lien** | **$9,500.00** | **$12,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **New Holland L223 Skid Steer NEM483964** | | |
| | **P O Box 71264** | **New Holland T6 145 Tractor ZFED02749** | | |
| | **Philadelphia, PA** | **In debtor's possession** | | |
| | **19176-6264** | | | |

Creditor's mailing address

**Describe the lien**

**Equipment Loan Note #xxxx7003**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5340**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** | **$15,532.23** | **$27,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2015 Ford F150** | | |
| | **c/o Natl Bankruptcy Serv Ctr** | **In debtor's possession** | | |
| | **P O Box 62180** | | | |
| | **Colorado Springs, CO** | | | |
| | **80962** | | | |

Creditor's mailing address

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** | **$25,235.18** | **$31,750.00** |
|---|---|---|---|---|

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 4 |
|---|---|---|

| Debtor | Plainville Livestock Commission, Inc. | Case number (if know) | 19-10293 |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **2017 Ford F150** |
|---|---|
| **c/o Natl Bankruptcy Serv Ctr** | **In debtor's possession** |
| **P O Box 62180** | |
| **Colorado Springs, CO 80962** | |

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **TBK Bank** | **Describe debtor's property that is subject to a lien** | $227,238.80 | $82,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2002 Merritt Cattle Trailer** | | |
| | | **2015 Merritt Aluminum Trailer** | | |
| | | **2004 Neckover Cattle Trailer** | | |
| | | **2012 PJ Tandem Dually Trailer** | | |
| | | **1991 Peterbilt 379** | | |
| | **12700 Park Central Dr** | **2003 Dodge 3500 Truck** | | |
| | **Dallas, TX 75251** | **1990 Chevy 4x4 Truck** | | |

Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0250**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,779,583.63 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (*if know*) | **19-10293** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CNH Industrial Capital America**<br>**500 Diller Ave**<br>**New Holland, PA 17557** | Line  **2.3** | |
| **CNH Industrial Capital America**<br>**100 Brubaker Ave**<br>**New Holland, PA 17557** | Line  **2.3** | |
| **Thomas J Lasater**<br>**Fleeson Gooing Coulson Kitch**<br>**P O Box 997**<br>**Wichita, KS 67201** | Line  **2.4** | |
| **Thomas J Lasater**<br>**Fleeson Gooing Coulson Kitch**<br>**P O Box 997**<br>**Wichita, KS 67201** | Line  **2.5** | |
| **TBK Bank**<br>**401 S Main**<br>**Lamar, CO 81052** | Line  **2.6** | |

**Fill in this information to identify the case:**

Debtor name    **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    **19-10293**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit, MO 64064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unknown Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

---

**2.2**

Priority creditor's name and mailing address
**Kansas Depart of Agriculture
900 SW Jackson Rm 456
Topeka, KS 66612**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

| Debtor | Plainville Livestock Commission, Inc. | Case number (if known) | 19-10293 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $988.33 | $988.33 |
|---|---|---|---|---|

**Kansas Department of Labor
Legal Services
401 S.W. Topeka Boulevard
Topeka, KS 66603-3182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4th Q Unemployment Tax**

Basis for the claim:
**Plainville Livestock Commission**

Last 4 digits of account number **8288**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.71 | $366.71 |
|---|---|---|---|---|

**Kansas Department of Labor
Legal Services
401 S.W. Topeka Boulevard
Topeka, KS 66603-3182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**4th Q Unemployment Tax**

Basis for the claim:
**Second Home Cafe LLC
(Sale Barn Cafe)**

Last 4 digits of account number **1284**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.45 | $984.45 |
|---|---|---|---|---|

**Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.46 |
|---|---|---|---|

**Aflac
1932 Wynnton Rd
Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **G6F65**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,283.18 |
|---|---|---|---|

**Frank Applehans
P O Box 53
Morland, KS 67650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (if known) | **19-10293** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,584.56** |
|---|---|---|---|

**Jeff Ary**
**1971 Fatzer St**
**Lewis, KS 67552**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,987.60** |
|---|---|---|---|

**Baker Farms**
**765 E Mohawk**
**Phillipsburg, KS 67661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365,463.94** |
|---|---|---|---|

**Tim Berland**
**1260 2 Rd**
**Damar, KS 67632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,828.88** |
|---|---|---|---|

**Box S Ranch**
**2728 County 685 Ave**
**Lucas, KS 67648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351.71** |
|---|---|---|---|

**Cintas Corporation 449**
**P O Box 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,403.35** |
|---|---|---|---|

**Cline Wood Agency**
**P O Box 415035**
**Kansas City, MO 64141-5035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,637.99** |
|---|---|---|---|

**Randy Clydsdale**
**507 N Wabash Ave**
**Norton, KS 67654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Plainville Livestock Commission, Inc.**
　　　　Name

Case number (if known)  **19-10293**

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.43 |
|---|---|---|---|

**CNH Industrial Capital**
**Productivity Plus Account**
P O Box 790449
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2766**

Basis for the claim:  **Revolving Credit Account**
**Plainville Livestock LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,000.00 |
|---|---|---|---|

**Conway Farms**
2607 C Augusta Ln
Hays, KS 67601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,768.13 |
|---|---|---|---|

**Wes Cook**
2195 14 Rd
Plainville, KS 67663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,935.20 |
|---|---|---|---|

**Ed Courtney**

Quinter, KS 67752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,394.44 |
|---|---|---|---|

**Peggy Daily**
583 Vineyard Rd
Ellis, KS 67637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,030.87 |
|---|---|---|---|

**Chris Dorman**
**Dorman Family Farms LLC**
422 S Smokyhill Ave
Oakley, KS 67748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,658.46 |
|---|---|---|---|

**Jeff Drees**
2977 US HWY 282
Hill City, KS 67642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Plainville Livestock Commission, Inc.**                    Case number (if known)  **19-10293**

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,786.00** |

3.17  **Nonpriority creditor's name and mailing address**

**Keith Erickson**
**1197 W Iron Rd**
**Prairie View, KS 67664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$75,786.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.18  **Nonpriority creditor's name and mailing address**

**Ferguson Angus**
**878 E Santa Fe Rd**
**Agra, KS 67621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$54,818.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.19  **Nonpriority creditor's name and mailing address**

**Daniel Gottschalk**
**1812 Maple St**
**Ellis, KS 67637**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.20  **Nonpriority creditor's name and mailing address**

**Lyle Gottschalk**
**1812 Maple St**
**Ellis, KS 67637**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$265,879.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.21  **Nonpriority creditor's name and mailing address**

**Justin Hogan**
**24187 AA Rd**
**Densmore, KS 67645**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$25,566.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.22  **Nonpriority creditor's name and mailing address**

**International Sureties Ltd**
**c/o Liz Dukes**
**701 Poydras St Ste 420**
**New Orleans, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$285,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.23  **Nonpriority creditor's name and mailing address**

**Jim Mitten Trucking**
**3660 US 40**
**Oakley, KS 67748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$14,665.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,639.23 |
|---|---|---|---|

**K6 Farms-Garrett Krueger**
**1309 E Fox**
**Kensington, KS 66951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,726.07 |
|---|---|---|---|

**Denton Krafft**
**760 W Mohawk Rd**
**Phillipsburg, KS 67661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,438.42 |
|---|---|---|---|

**Eldon Kriley**
**2140 J Terr**
**Stockton, KS 67669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000,000.00 |
|---|---|---|---|

**Landmark National Bank**
**P O Box 308**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,172.43 |
|---|---|---|---|

**Brenda Lucas**
**P O Box 153**
**Palco, KS 67657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,202.44 |
|---|---|---|---|

**Brian Luhman**
**2837 W 200th Dr**
**Natoma, KS 67651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,050.61 |
|---|---|---|---|

**Lyle Luhman**
**2030 CO 647 Ave**
**Natoma, KS 67651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

3/14/19 1:44PM

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (if known) | **19-10293** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,283.17** |
|---|---|---|---|

**Cleo McComb**
**377 E Hwy 9**
**Glade, KS 67639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,979.10** |
|---|---|---|---|

**Midwest Energy Inc**
**P O Box 898**
**Hays, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,249.72** |
|---|---|---|---|

**Mulder Farms**
**17532 Rd E12**
**Logan, KS 67646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,367.07** |
|---|---|---|---|

**Gary Mulder**
**27845 Rd R**
**Logan, KS 67646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,323.72** |
|---|---|---|---|

**Riley Noll**
**20998 Q Rd**
**Ransom, KS 67572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,273.06** |
|---|---|---|---|

**Brian Pelton**
**2710 9 Rd**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Plainville Livestock LLC**
**c/o Tyler D Gillum**
**P O Box 356**
**Plainville, KS 67663-0356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ Co-Debtor to Almena State Bank debt _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Plainville Livestock Commission, Inc.**                    Case number (if known)    **19-10293**
_____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,111.92 |
|---|---|---|---|

**Jason Rathbun**
**2270 9 Rd**
**Zurich, KS 67663-7035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,914.46 |
|---|---|---|---|

**Duffy Rye**
**886 Pleasant View Rd**
**Russellville, AR 72802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,763.05 |
|---|---|---|---|

**Bryce and Dawn Sammons**
**625 3 Rd**
**Logan, KS 67646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,285.76 |
|---|---|---|---|

**Jeff Sammons**
**206 W Commercial St**
**Logan, KS 67646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000,000.00 |
|---|---|---|---|

**Lloyd Schneider**
**1807 W 1300 Rd**
**Logan, KS 67646-5020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Co-Maker on Almena Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,515.90 |
|---|---|---|---|

**Melvin Schultz**
**2957 S 50th Ave**
**Lucas, KS 67648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,146.26 |
|---|---|---|---|

**Spresser Farms**
**151 E Rd 120N**
**Dresden, KS 67635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Plainville Livestock Commission, Inc.**                     Case number (if known)  **19-10293**
_____Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,819.57** |

**Derek Stockman**
P O Box 41
Kirwin, KS 67644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,754.33** |

**Joe Suchland**
1272 E Mohawk Rd
Agra, KS 67621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,074.46** |

**Delaine Thomas**
312 Holland
Prairie View, KS 67664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182,550.54** |

**Gene Tilton**
aka JGT
708 Southwood Ct
Quinter, KS 67752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,584.00** |

**Travelers RMD**
P O Box 5600
Hartford, CT 06102-5600

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,189.42** |

**Brad Trexler**
2977 US Hwy 283
Hill City, KS 67642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554,000.00** |

**US Small Business Admin**
Attn: District Counsel
220 W Douglas Ave Ste 450
Wichita, KS 67202

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Guaranty for Almena State Bank__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Plainville Livestock Commission, Inc.** | | Case number (if known) | **19-10293** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,000.00** |
|---|---|---|---|
| | **USDA**<br>**c/o John Ver Linden**<br>**3950 Lewiston St Ste 200**<br>**Aurora, CO 80011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,488.46** |
|---|---|---|---|
| | **Rick Wagner**<br>**1117 W 800 Rd**<br>**Phillipsburg, KS 67661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,273.84** |
|---|---|---|---|
| | **Brayden Werth**<br>**413 Jefferson**<br>**Ellis, KS 67637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,410.75** |
|---|---|---|---|
| | **Leland Werth**<br>**24023 360th Ave**<br>**Ellis, KS 67637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,962.63** |
|---|---|---|---|
| | **Rodney Werth**<br>**24023 360th Ave**<br>**Ellis, KS 67637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,456.63** |
|---|---|---|---|
| | **Western Cooperative Electric**<br>**P O Box 278**<br>**Wakeeney, KS 67672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7713** | **Basis for the claim:  Plainville Livestock LLC**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Farm Service Agency**<br>**3600 Anderson Avenue**<br>**Manhattan, KS 66503-2511** | Line  **3.52**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Plainville Livestock Commission, Inc.** | Case number (if known) | **19-10293** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of General Counsel**<br>**US Dept of Agriculture**<br>**P O Box 419205 Mail Stop 1401**<br>**Kansas City, MO 64141-6205** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Wesley F Smith**<br>**Stevens & Brand LLP**<br>**P O Box 189**<br>**Lawrence, KS 66044** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US Attorneys Office**<br>**301 N. Main Ste 1200**<br>**Wichita, KS 67202** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Attorneys Office**<br>**301 N. Main Ste 1200**<br>**Wichita, KS 67202** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **USDA Rural Development**<br>**P O Box 66879**<br>**Saint Louis, MO 63166** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,339.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,494,353.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,496,693.10 |

**Fill in this information to identify the case:**

Debtor name **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **19-10293**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **19-10293**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lloyd Schneider** | **1807 W 1300 Rd**<br>**Logan, KS 67646-5020**<br>**Co-maker on Note Almena St Bank** | **Almena State Bank** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Plainville Livestock LLC** | **c/o Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663-0356** | **Almena State Bank** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **Plainville Livestock LLC** | **c/o Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663-0356** | **US Small Business Admin** | ☐ D ____<br>■ E/F __3.51__<br>☐ G ____ |
| 2.4 **Plainville Livestock LLC** | **c/o Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663-0356** | **TBK Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Plainville Livestock Commission, Inc.** | Case number *(if known)* | **19-10293** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.5 | **Plainville**<br>**Livestock LLC** | **c/o Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663-0356** | **Landmark National Bank** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.6 | **Tyler D Gillum** | **P O Box 356**<br>**Plainville, KS 67663** | **US Small Business Admin** | ☐ D _____<br>■ E/F ___3.51___<br>☐ G _____ |
| 2.7 | **Tyler D Gillum** | **P O Box 356**<br>**Plainville, KS 67663** | **Almena State Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Tyler D Gillum** | **P O Box 356**<br>**Plainville, KS 67663** | **TBK Bank** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Tyler D Gillum** | **P O Box 356**<br>**Plainville, KS 67663** | **Landmark National Bank** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    **19-10293**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $     **754,982.42**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **754,982.42**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,779,583.63**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $     **2,339.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **14,494,353.61**

4.   **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b     $     **18,276,276.73**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **19-10293**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 14, 2019**          X */s/ Tyler D. Gillum*
                                        Signature of individual signing on behalf of debtor

                                        **Tyler D. Gillum**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Plainville Livestock Commission, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) **19-10293**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ☑ Operating a business<br>☐ Other **AS OF 2-5-19** | $225,198.29 |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other | $1,901,960.00 |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other | $2,232,116.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor   Plainville Livestock Commission, Inc.          Case number (if known) 19-10293

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    SEE ATTACHED CHECK REGISTERS | Various | See Attached | ☑ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Almena State Bank**<br>P O Box 127<br>Almena, KS 67622 | **IT IS BELIEVED THAT ALMENA STATE BANK SETOFF THE DEBTOR'S BANK ACCOUNT PRE-PETITION.**<br>Last 4 digits of account number: _____ | 2/6/2019 | $916,652.29 |

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Almena State Bank v. Plainville Livestock Commission Inc.**<br>**Case Nos. 19 CV 02 and 19 CV 03** | **Interpleader and Replevin Actions** | **Norton County District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **USA v. Plainville Livestock Commission Inc. et al.**<br>**18 CV 2358-JWL-TJJ** | **PASA/Agriculture Acts** | **US District of Kansas (Ks City)** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cattle injuries or deaths** | **Payment received post-petition** | **1/1/2019 to 2/5/2019** | **$20,654.90** |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hinkle Law Firm LLC**<br>**1617 N. Waterfront Parkway, Suite 400**<br>**Wichita, KS 67206** | **Attorney Fees/Filing Fees** | **3-14-19** | **$2,500.00** |
| | **Email or website address**<br>**tgilman@hinklaw.com** | | | |
| | **Who made the payment, if not debtor?** | **Tyler D. Gillum** | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Names and Addresses of Its Customers

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Almena State Bank** P O Box 127 Almena, KS 67622 | XXXX-5382 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2/8/2019 | $185,373.45 |
| 18.2. | **Almena State Bank** P O Box 127 Almena, KS 67622 | XXXX-5307 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 2/8/2019 | $3,829.86 |
| 18.3. | **People State Bank** Hill City, KS | XXXX-5201 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 3/12/2019 | $-0- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Adams Brown Beran & Ball**<br>**P O Box 1186**<br>**Hays, KS 67601** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Adams Brown Beran & Ball**<br>**P O Box 1186**<br>**Hays, KS 67601** | |
| 26c.2.    **Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663** | |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 34 of 69

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Almena State Bank**<br>**P O Box 127**<br>**Almena, KS 67622** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663** | **$77,027.96 calendar year 2018** | **Various** | **Salary** |
| **Relationship to debtor**<br>**President** | | | |
| 30.2.  **Camden Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663** | **See check register attached to schedules** | **Various** | **Reimbursement of Remodel expenses and wages** |
| **Relationship to debtor**<br>**None** | | | |
| 30.3.  **Tyler D Gillum**<br>**P O Box 356**<br>**Plainville, KS 67663** | **$24,316.00** | **12/7/2018** | **Owner Draw** |
| **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**March 14, 2019**__

__**/s/ Tyler D. Gillum**__                              __**Tyler D. Gillum**__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Register: Almena State Bank

From 11/01/2018 through 12/31/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 759,989.89 | -379,986.39 |
| 11/01/2018 | ACH | Almena State Bank | 7603 · Loan Advance/... | | 530,000.00 | X | | -909,986.39 |
| 11/01/2018 | 18650 | TBK | 7557 · N/P LNB-TBK ... | | 35,000.00 | X | | -944,986.39 |
| 11/02/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 273,000.00 | -671,986.39 |
| 11/02/2018 | | | 4151 · Bank Charges | Service Charge | 25.00 | X | | -672,011.39 |
| 11/02/2018 | 18620 | Walmart | 4108 · Supplies | candles, candy,... | 55.91 | X | | -672,067.30 |
| 11/05/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 219,283.09 | -452,784.21 |
| 11/05/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 54,200.00 | -398,584.21 |
| 11/05/2018 | 18644 | Floyd Schneider | 4101 · Cattle Insures/A... | adj | 1,415.75 | X | | -399,999.96 |
| 11/05/2018 | 18977 | Lance D Reed | 4113 · Contract Labor | | 4,000.00 | X | | -403,999.96 |
| 11/06/2018 | 18621 | Adam K Zeigler | -split- | | 441.25 | X | | -404,441.21 |
| 11/06/2018 | 18622 | Bessie V Harp. | -split- | | 296.37 | X | | -404,737.58 |
| 11/06/2018 | 18623 | Brady S Breese | -split- | | 334.40 | X | | -405,071.98 |
| 11/06/2018 | 18624 | Brandon L Hamel | -split- | | 1,289.65 | X | | -406,361.63 |
| 11/06/2018 | 18625 | Camden Gillum | -split- | | 1,281.08 | X | | -407,642.71 |
| 11/06/2018 | 18626 | Chad S McClurg | -split- | | 454.75 | X | | -408,097.46 |
| 11/06/2018 | 18627 | Chris A Stapel | -split- | | 413.75 | X | | -408,511.21 |
| 11/06/2018 | 18628 | Clint J. Urban | -split- | | 432.75 | X | | -408,943.96 |
| 11/06/2018 | 18629 | Colton Heinen | -split- | | 175.70 | X | | -409,119.66 |
| 11/06/2018 | 18630 | Damion D Dix | -split- | | 181.70 | X | | -409,301.36 |
| 11/06/2018 | 18631 | David D Alexander | -split- | | 770.66 | X | | -410,072.02 |
| 11/06/2018 | 18632 | Earl Ward | -split- | | 718.80 | X | | -410,790.82 |
| 11/06/2018 | 18633 | Evan P Harre | -split- | | 294.06 | X | | -411,084.88 |
| 11/06/2018 | 18634 | Jerod Shufflebarger | -split- | | 136.52 | X | | -411,221.40 |
| 11/06/2018 | 18636 | Logan W Flower | -split- | | 452.75 | X | | -411,674.15 |
| 11/06/2018 | 18637 | Michelle K. Dougherty | -split- | | 93.04 | X | | -411,767.19 |
| 11/06/2018 | 18638 | Samuel J States | -split- | | 443.75 | X | | -412,210.94 |
| 11/06/2018 | 18640 | Traci L Cellmer | -split- | | 1,472.07 | X | | -413,683.01 |
| 11/06/2018 | 18641 | Tyler Gillum | -split- | | 2,733.58 | X | | -416,416.59 |
| 11/06/2018 | 18642 | Jarrett W. Harmon | -split- | | 2,242.44 | X | | -418,659.03 |
| 11/06/2018 | 18643 | Ryan Hageman | 4113 · Contract Labor | 7.50 hours 10/3... | 105.00 | X | | -418,764.03 |
| 11/06/2018 | 18645 | Brice Buzzard | 4115 · Commissions pa... | commission | 700.00 | X | | -419,464.03 |
| 11/06/2018 | 18646 | Lance D Reed | -split- | | 2,709.92 | X | | -422,173.95 |
| 11/06/2018 | 18647 | Lance D Reed | 4108 · Supplies | video recorder | 54.54 | X | | -422,228.49 |
| 11/06/2018 | 18649 | Stephanie David | -split- | | 413.75 | X | | -422,642.24 |
| 11/06/2018 | 18654 | Thompson Cattle, Inc | 7601 · Purchases/Sales... | 91 hfrs | 86,772.72 | X | | -509,414.96 |
| 11/06/2018 | 18655 | JGT Cattle | 7601 · Purchases/Sales... | 125 strs | 169,482.03 | X | | -678,896.99 |
| 11/06/2018 | 18656 | JGT Cattle | 7601 · Purchases/Sales... | 65 strs | 84,066.67 | X | | -762,963.66 |
| 11/06/2018 | 18657 | Charles D Hamilton | -split- | | 327.21 | X | | -763,290.87 |
| 11/06/2018 | 18658 | Garret J Ludwig | -split- | | 898.36 | X | | -764,189.23 |

Page 1

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/06/2018 | 18659 | Nick Pruter | -split- | | 651.56 | X | | -764,840.79 |
| 11/06/2018 | 18660 | Terry M Sumner | -split- | | 623.01 | X | | -765,463.80 |
| 11/06/2018 | 18661 | Hadley Gillum | 7603 · Loan Advance/... | October rent | 300.00 | X | | -765,763.80 |
| 11/06/2018 | 18662 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -765,894.88 |
| 11/06/2018 | 18663 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 207.67 | X | | -766,102.55 |
| 11/06/2018 | 18665 | Sherlyn Kats | 7603 · Loan Advance/... | | 1,849.32 | X | | -767,951.87 |
| 11/06/2018 | 18666 | Riley O Voss | -split- | | 372.93 | X | | -768,324.80 |
| 11/06/2018 | 18669 | Dusty Creek Land & ... | 4117 · Feed purchased | inv 1810 | 2,294.25 | X | | -770,619.05 |
| 11/06/2018 | 18670 | Kolton Harting Truc... | 7505 · Trucking | | 385.00 | X | | -771,004.05 |
| 11/06/2018 | 18671 | Cranston Cattle | 7603 · Loan Advance/... | | 123,690.00 | X | | -894,694.05 |
| 11/06/2018 | 18672 | Cranston Cattle | 7603 · Loan Advance/... | | 178,409.83 | X | | -1,073,103... |
| 11/06/2018 | 18673 | Cranston Cattle | 7603 · Loan Advance/... | | 43,376.00 | X | | -1,116,479... |
| 11/07/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 340,626.32 | -775,853.56 |
| 11/07/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 17,000.00 | -758,853.56 |
| 11/07/2018 | | | -split- | Deposit | | X | 51,423.11 | -707,430.45 |
| 11/07/2018 | 18664 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.50 | X | | -960,555.95 |
| 11/07/2018 | 18667 | Big Creek Veterinary... | 4010 · Vet income | 10/30/18 SALE | 3,788.50 | X | | -964,344.45 |
| 11/07/2018 | 18668 | Gary Gillum | 7505 · Trucking | | 250.00 | X | | -964,594.45 |
| 11/07/2018 | 18674 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 190 hfrs | 218,399.14 | X | | -1,182,993... |
| 11/07/2018 | 18675 | Kolton Harting | 4101 · Cattle Insures/A... | adj 1 strs | 825.40 | X | | -1,183,818... |
| 11/08/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 162,853.30 | -1,020,965... |
| 11/08/2018 | ACH | Internal Revenue Ser... | -split- | 11/6/18 payroll | 5,433.02 | X | | -1,026,398... |
| 11/08/2018 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | 036261179209... | 684.00 | X | | -1,027,082... |
| 11/08/2018 | 18679 | Big Creek Veterinary... | 4010 · Vet income | 11/6/18 sale | 1,823.50 | X | | -1,028,906... |
| 11/08/2018 | 18680 | Jim Mitten Trucking | 7505 · Trucking | load to Garnett ... | 1,131.00 | X | | -1,030,037... |
| 11/08/2018 | 18681 | Adam Keith | 4107 · Repairs and Mai... | | 405.00 | X | | -1,030,442... |
| 11/08/2018 | 18682 | Ford Credit | 7544 · N/P - Pickup Pa... | 52863791 | 754.76 | X | | -1,031,196... |
| 11/08/2018 | 18683 | Ally | 7544 · N/P - Pickup Pa... | 611922287342 | 811.45 | X | | -1,032,008... |
| 11/08/2018 | 18684 | Ford Credit | 7544 · N/P - Pickup Pa... | 55875353 | 574.82 | X | | -1,032,583... |
| 11/08/2018 | 18685 | Wells Fargo Dealer S... | 7544 · N/P - Pickup Pa... | 5836140666 | 797.82 | X | | -1,033,381... |
| 11/08/2018 | 18686 | Travelers | 4118 · Insurance Expe... | acct 2698B5128 | 1,000.00 | X | | -1,034,381... |
| 11/08/2018 | 18687 | Tyler's Automotive | 4107 · Repairs and Mai... | | 1,000.00 | X | | -1,035,381... |
| 11/08/2018 | 18688 | Midland Marketing | 4117 · Feed purchased | 653280 | 2,346.68 | X | | -1,037,727... |
| 11/08/2018 | 18689 | Cintas Corp. | 4107 · Repairs and Mai... | 449-02340 | 535.71 | X | | -1,038,263... |
| 11/08/2018 | 18690 | Wakeeney Redi-Mix,... | 7506 · Capital Improve... | | 1,565.00 | X | | -1,039,828... |
| 11/09/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 158,584.31 | -881,244.14 |
| 11/09/2018 | | | 4101 · Cattle Insures/A... | Deposit | | X | 5,587.28 | -875,656.86 |
| 11/09/2018 | 18692 | Traci L Cellmer | 4108 · Supplies | ink, pens for P... | 690.00 | X | | -876,346.86 |
| 11/13/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 200,000.00 | -676,346.86 |
| 11/13/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 228,837.60 | -447,509.26 |

Register: Almena State Bank

From 11/01/2018 through 12/31/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/13/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 18.00 | X | | -447,527.26 |
| 11/13/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 439.00 | X | | -447,966.26 |
| 11/13/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 17.75 | X | | -447,984.01 |
| 11/13/2018 | 18676 | Kansas Beef Council | 8011 · Reimbursed inc... | Octeober reporti... | 7,296.00 | X | | -455,280.01 |
| 11/13/2018 | 18677 | Kansas Animal Healt... | 8011 · Reimbursed inc... | Octeober reporti... | 3,918.15 | X | | -459,198.16 |
| 11/13/2018 | 18678 | Cline-Wood Agency,... | 8011 · Reimbursed inc... | Octeober reporti... | 22,292.31 | X | | -481,490.47 |
| 11/13/2018 | 18693 | Lyle Gottschalk | 7603 · Loan Advance/... | | 202,100.00 | X | | -683,590.47 |
| 11/13/2018 | 18694 | JGT Cattle | 7601 · Purchases/Sales... | 303 strs | 194,500.00 | X | | -878,090.47 |
| 11/13/2018 | 18695 | JGT Cattle | 7601 · Purchases/Sales... | 303 strs | 192,969.94 | X | | -1,071,060.... |
| 11/13/2018 | 18696 | Stapel Trucking, LLC | 7505 · Trucking | 11425/11805 ... | 700.00 | X | | -1,071,760.... |
| 11/13/2018 | 18697 | Gove County Medica... | 4102 · Business Promo... | raffle | 100.00 | X | | -1,071,860.... |
| 11/13/2018 | 18698 | Cranston Cattle | 7603 · Loan Advance/... | 185 hd | 232,075.10 | X | | -1,303,935.... |
| 11/14/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 88,500.00 | -1,215,435.... |
| 11/14/2018 | | | -split- | Deposit | | X | 49,501.29 | -1,165,934.... |
| 11/14/2018 | ach | Almena State Bank | -split- | | 9,199.68 | X | | -1,175,133.... |
| 11/14/2018 | 18699 | Postmaster | 4108 · Supplies | 2 rolls stamps | 100.00 | X | | -1,175,233.... |
| 11/14/2018 | 18702 | Stapel Trucking, LLC | 7505 · Trucking | 57 hd to Larson | 380.00 | X | | -1,175,613.... |
| 11/15/2018 | | | 4151 · Bank Charges | Service Charge | 32.50 | X | | -1,175,646.... |
| 11/15/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 2,523.55 | X | | -1,178,169.... |
| 11/15/2018 | 18703 | Goetz Trucking | 7505 · Trucking | to Mitch Highb... | 2,628.05 | X | | -1,180,798.... |
| 11/15/2018 | 18704 | Keller Tank Services ... | 7506 · Capital Improve... | 18-880 | 1,967.50 | X | | -1,182,765.... |
| 11/15/2018 | 18705 | Carmichael True Value | 4107 · Repairs and Mai... | | 872.07 | X | | -1,183,637.... |
| 11/15/2018 | 18706 | Nex-Tech | 4128 · Telephone Expe... | 330945 | 163.35 | X | | -1,183,800.... |
| 11/15/2018 | 18707 | Palco High School | 4102 · Business Promo... | Yearbook | 140.00 | X | | -1,183,940.... |
| 11/15/2018 | 18708 | CattleUsa | 4120 · Equipment Rent | | 410.00 | X | | -1,184,350.... |
| 11/15/2018 | 18709 | Northwestern Printer... | 4108 · Supplies | | 250.58 | X | | -1,184,601.... |
| 11/15/2018 | 18710 | KFRM-AM | 4106 · Advertising | | 80.00 | X | | -1,184,681.... |
| 11/15/2018 | 18711 | KRVN-AM | 4106 · Advertising | | 281.50 | X | | -1,184,963.... |
| 11/15/2018 | 18712 | KXXX-AM | 4106 · Advertising | | 95.00 | X | | -1,185,058.... |
| 11/15/2018 | 18713 | America's Best Steak | 4102 · Business Promo... | gift certs | 1,250.00 | X | | -1,186,308.... |
| 11/15/2018 | 18714 | Collins Refuse | 4133 · Utilities | | 195.00 | X | | -1,186,503.... |
| 11/15/2018 | 18715 | Hays Daily News | 4106 · Advertising | 13397 | 20.00 | X | | -1,186,523.... |
| 11/16/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 326,000.00 | -860,523.00 |
| 11/16/2018 | | | 4151 · Bank Charges | Service Charge | 10.00 | X | | -860,533.00 |
| 11/16/2018 | 18720 | Rusty McDowell | 4117 · Feed purchased | feed | 4,456.50 | X | | -864,989.50 |
| 11/16/2018 | 18721 | Big Creek Veterinary... | 4010 · Vet income | 11/13/18 sale | 1,362.00 | X | | -866,351.50 |
| 11/16/2018 | 18722 | Kevin McDowell | 4117 · Feed purchased | 4.79 tons | 431.10 | X | | -866,782.60 |
| 11/16/2018 | 18723 | Travelers | 4118 · Insurance Expe... | acct # 2698B51... | 1,535.62 | X | | -868,318.22 |
| 11/16/2018 | 18979 | Second Home Cafe | 7800 · Cafe Expense | | 2,200.00 | X | | -870,518.22 |
| 11/20/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 136,800.00 | -733,718.22 |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 39 of 69

Register: Almena State Bank

From 11/01/2018 through 12/31/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/20/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 107,895.53 | -625,822.69 |
| 11/20/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 166,592.55 | -459,230.14 |
| 11/20/2018 | | | -split- | Deposit | | X | 449,987.20 | -9,242.94 |
| 11/20/2018 | | | -split- | Deposit | | X | 48,420.71 | 39,177.77 |
| 11/20/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 154,054.22 | 193,231.99 |
| 11/20/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 50,847.67 | 244,079.66 |
| 11/20/2018 | ACH | Internal Revenue Ser... | -split- | 11/20/18 payroll | 5,669.14 | X | | 238,410.52 |
| 11/20/2018 | 18728 | Adam K Zeigler | -split- | | 441.23 | X | | 237,969.29 |
| 11/20/2018 | 18729 | Bessie V Harp. | -split- | | 280.21 | X | | 237,689.08 |
| 11/20/2018 | 18730 | Brady S Breese | -split- | | 413.75 | X | | 237,275.33 |
| 11/20/2018 | 18731 | Brandon L Hamel | -split- | | 1,289.65 | X | | 235,985.68 |
| 11/20/2018 | 18732 | Camden Gillum | -split- | | 1,281.09 | X | | 234,704.59 |
| 11/20/2018 | 18733 | Chad S McClurg | -split- | | 366.40 | X | | 234,338.19 |
| 11/20/2018 | 18734 | Chris A Stapel | -split- | | 413.75 | X | | 233,924.44 |
| 11/20/2018 | 18735 | Clint J. Urban | -split- | | 432.75 | X | | 233,491.69 |
| 11/20/2018 | 18736 | Colton Heinen | -split- | | 69.26 | X | | 233,422.43 |
| 11/20/2018 | 18737 | Damion D Dix | -split- | | 360.40 | X | | 233,062.03 |
| 11/20/2018 | 18739 | Earl Ward | -split- | | 718.80 | X | | 232,343.23 |
| 11/20/2018 | 18740 | Evan P Harre | -split- | | 264.45 | X | | 232,078.78 |
| 11/20/2018 | 18741 | Jarrett W. Harmon | -split- | | 2,242.44 | X | | 229,836.34 |
| 11/20/2018 | 18742 | Jerod Shufflebarger | -split- | | 136.53 | X | | 229,699.81 |
| 11/20/2018 | 18743 | Logan W Flower | -split- | | 274.05 | X | | 229,425.76 |
| 11/20/2018 | 18744 | Michelle K. Dougherty | -split- | | 159.08 | X | | 229,266.68 |
| 11/20/2018 | 18745 | Samuel J States | -split- | | 443.75 | X | | 228,822.93 |
| 11/20/2018 | 18746 | Stephanie David | -split- | | 413.75 | X | | 228,409.18 |
| 11/20/2018 | 18747 | Traci L Cellmer | -split- | | 1,472.06 | X | | 226,937.12 |
| 11/20/2018 | 18748 | Tyler Gillum | -split- | | 2,733.56 | X | | 224,203.56 |
| 11/20/2018 | 18749 | Vincent P Hofstetter | -split- | | 184.70 | X | | 224,018.86 |
| 11/20/2018 | 18750 | Ryan Hageman | 4113 · Contract Labor | 17.50 hours 11/... | 245.00 | X | | 223,773.86 |
| 11/20/2018 | 18751 | David D Alexander | -split- | | 800.69 | X | | 222,973.17 |
| 11/20/2018 | 18752 | Jeremy Weibner | 4115 · Commissions pa... | | 250.00 | X | | 222,723.17 |
| 11/20/2018 | 18753 | Brice Buzzard | 4115 · Commissions pa... | commission | 900.00 | X | | 221,823.17 |
| 11/20/2018 | 18754 | Lance D Reed | -split- | | 2,921.20 | X | | 218,901.97 |
| 11/20/2018 | 18755 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.00 | X | | -34,223.03 |
| 11/20/2018 | 18756 | Charles D Hamilton | -split- | | 697.87 | X | | -34,920.90 |
| 11/20/2018 | 18757 | Riley O Voss | -split- | | 671.09 | X | | -35,591.99 |
| 11/20/2018 | 18758 | Terry M Sumner | -split- | | 580.17 | X | | -36,172.16 |
| 11/20/2018 | 18759 | Garret J Ludwig | -split- | | 1,044.82 | X | | -37,216.98 |
| 11/20/2018 | 18760 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -37,348.06 |
| 11/20/2018 | 18761 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 193.39 | X | | -37,541.45 |

Case 19-10293   Doc# 34   Filed 03/14/19   Page 40 of 69

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/20/2018 | 18762 | Hadley Gillum | 7603 · Loan Advance/... | November rent | 300.00 | X | | -37,841.45 |
| 11/20/2018 | 18763 | JGT Cattle | 7601 · Purchases/Sales... | 120 strs | 156,992.61 | X | | -194,834.06 |
| 11/20/2018 | 18764 | Nick Pruter | -split- | | 391.34 | X | | -195,225.40 |
| 11/20/2018 | 18765 | Traci L Cellmer | 4108 · Supplies | ink | 21.00 | X | | -195,246.40 |
| 11/20/2018 | 18767 | Gene Tilton | 4115 · Commissions pa... | 103 selensky so... | 515.00 | X | | -195,761.40 |
| 11/20/2018 | 18769 | SLC | 4101 · Cattle Insures/A... | | 902.69 | X | | -196,664.09 |
| 11/21/2018 | 18700 | Thompson Cattle, Inc | 7601 · Purchases/Sales... | 108 STRS | 101,823.92 | X | | -298,488.01 |
| 11/21/2018 | 18701 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 120 STRS | 150,398.07 | X | | -448,886.08 |
| 11/21/2018 | 18716 | MDV Partnership, L... | 7601 · Purchases/Sales... | 80 strs | 78,364.35 | X | | -527,250.43 |
| 11/21/2018 | 18717 | Perry Evans | 7601 · Purchases/Sales... | 80 strs | 74,550.28 | X | | -601,800.71 |
| 11/21/2018 | 18719 | LNB | 7557 · N/P LNB-TBK ... | | 35,000.00 | X | | -636,800.71 |
| 11/21/2018 | 18768 | Duffy Rye | 7601 · Purchases/Sales... | 65 hfrs | 68,498.40 | X | | -705,299.11 |
| 11/21/2018 | 18770 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 180 STRS | 224,367.78 | X | | -929,666.89 |
| 11/21/2018 | 18771 | Wade Vogel | 4115 · Commissions pa... | 159 hd Hoss ca... | 477.00 | X | | -930,143.89 |
| 11/23/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 41,100.00 | -889,043.89 |
| 11/23/2018 | 18724 | Cline-Wood Agency,... | 8011 · Reimbursed inc... | 355371 | 5,029.03 | X | | -894,072.92 |
| 11/23/2018 | 18725 | Nex-Tech | 4128 · Telephone Expe... | 14362 | 433.51 | X | | -894,506.43 |
| 11/23/2018 | 18726 | The Animal Hospital | 4010 · Vet income | 2360-anim | 264.92 | X | | -894,771.35 |
| 11/23/2018 | 18727 | Western Coop Electri... | 4133 · Utilities | 47713 | 841.91 | X | | -895,613.26 |
| 11/26/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 175,000.00 | -720,613.26 |
| 11/26/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 277,675.75 | -442,937.51 |
| 11/26/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 128,194.00 | -314,743.51 |
| 11/26/2018 | | | 4151 · Bank Charges | Service Charge | 15.00 | X | | -314,758.51 |
| 11/26/2018 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | 036261179209... | 818.00 | X | | -315,576.51 |
| 11/26/2018 | 18772 | Big Creek Veterinary... | 4010 · Vet income | 11/20/18 sale | 1,392.50 | X | | -316,969.01 |
| 11/26/2018 | 18773 | Cranston Cattle | 7603 · Loan Advance/... | 108 strs | 141,323.40 | X | | -458,292.41 |
| 11/26/2018 | 18774 | Cranston Cattle | 7603 · Loan Advance/... | 107 strs | 140,014.85 | X | | -598,307.26 |
| 11/26/2018 | 18775 | Mike Nix and Guara... | 7601 · Purchases/Sales... | 68 hd | 72,145.94 | X | | -670,453.20 |
| 11/27/2018 | | | -split- | Deposit | | X | 73,050.00 | -597,403.20 |
| 11/27/2018 | 18776 | Lyle Gottschalk | 7603 · Loan Advance/... | | 176,950.00 | X | | -774,353.20 |
| 11/27/2018 | 18777 | TF Cattle | 4101 · Cattle Insures/A... | 1 pair | 1,075.00 | X | | -775,428.20 |
| 11/27/2018 | 18779 | Kendall Nichols | 4115 · Commissions pa... | 104 hd Wolf | 312.00 | X | | -775,740.20 |
| 11/27/2018 | 18780 | Baxter Bros Inc | 7505 · Trucking | Wolf haul | 460.00 | X | | -776,200.20 |
| 11/27/2018 | 18781 | Lyle Gottschalk | 7603 · Loan Advance/... | | 73,550.00 | X | | -849,750.20 |
| 11/27/2018 | 18782 | Jimmy Taylor | 4113 · Contract Labor | 11/20 - 11/27 | 250.00 | X | | -850,000.20 |
| 11/28/2018 | | | -split- | Deposit | | X | 28,458.27 | -821,541.93 |
| 11/28/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 39,885.48 | -781,656.45 |
| 11/28/2018 | 18783 | Stapel Trucking, LLC | 7505 · Trucking | 3 loads to Draper | 1,476.00 | X | | -783,132.45 |
| 11/28/2018 | 18784 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 180 strs | 231,497.44 | X | | -1,014,629.... |
| 11/29/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 224,150.00 | -790,479.89 |

Case 19-10293   Doc# 34   Filed 03/14/19   Page 41 of 69

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/29/2018 | 18618 | Second Home Cafe | 7800 · Cafe Expense | | 700.00 | X | | -791,179.89 |
| 11/29/2018 | 18785 | Big Creek Veterinary... | 4010 · Vet income | 11/27/18 sale | 2,104.82 | X | | -793,284.71 |
| 11/29/2018 | 18786 | Ruder Oil Co. | 4109 · Fuel | October | 991.15 | X | | -794,275.86 |
| 11/29/2018 | 18787 | Bosselman Energy, Inc | 4109 · Fuel | 452775 | 3,479.66 | X | | -797,755.52 |
| 11/29/2018 | 18788 | Airgas | 4107 · Repairs and Mai... | 1555184 | 74.33 | X | | -797,829.85 |
| 11/29/2018 | 18789 | Eagle Radio | 4106 · Advertising | | 155.00 | X | | -797,984.85 |
| 11/29/2018 | 18790 | AFLAC | 4118 · Insurance Expe... | G6F65 | 554.46 | X | | -798,539.31 |
| 11/29/2018 | 18791 | T&N Enterprise LLC | 4117 · Feed purchased | 6.87 ton hay | 515.25 | X | | -799,054.56 |
| 11/29/2018 | 18792 | Ally | 7544 · N/P - Pickup Pa... | 611922287342 | 811.45 | X | | -799,866.01 |
| 11/30/2018 | 18793 | LNB | 7557 · N/P LNB-TBK ... | | 35,000.00 | X | | -834,866.01 |
| 11/30/2018 | 18994 | Carrico Implement Co | 4107 · Repairs and Mai... | skid steer plate | 148.00 | X | | -835,014.01 |
| 12/01/2018 | 18795 | JGT Cattle | 7601 · Purchases/Sales... | 154 Bontrager | 201,550.00 | X | | -1,036,564.... |
| 12/01/2018 | 18796 | JGT Cattle | 7601 · Purchases/Sales... | 154 Bontrager | 205,500.00 | X | | -1,242,064.... |
| 12/01/2018 | 18797 | JGT Cattle | 7601 · Purchases/Sales... | 154 Bontrager | 204,728.20 | X | | -1,446,792.... |
| 12/01/2018 | 18798 | Gene Tilton | 4115 · Commissions pa... | commission | 1,000.00 | X | | -1,447,792.... |
| 12/01/2018 | 18799 | Sherlyn Kats | 7603 · Loan Advance/... | | 3,082.19 | X | | -1,450,874.... |
| 12/01/2018 | 18800 | Layton Hill | 4101 · Cattle Insures/A... | adj | 1,000.00 | X | | -1,451,874.... |
| 12/01/2018 | 18801 | Randy Weigel | 4117 · Feed purchased | 36 bales alfalfa | 3,150.00 | X | | -1,455,024.... |
| 12/03/2018 | | | -split- | Deposit | | X | 31,893.97 | -1,423,130.... |
| 12/03/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 206,690.00 | -1,216,440.... |
| 12/03/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 57,996.15 | -1,158,444.... |
| 12/03/2018 | 18794 | Walmart | 4108 · Supplies | candles, paper, ... | 108.42 | X | | -1,158,552.... |
| 12/03/2018 | 18802 | Garret J Ludwig | 4109 · Fuel | fuel | 20.00 | X | | -1,158,572.... |
| 12/03/2018 | 18803 | U.S. Department of J... | 4114 · Accounting and ... | acct # 2018A5... | 8,333.33 | X | | -1,166,906.... |
| 12/03/2018 | 18973 | Second Home Cafe | 7800 · Cafe Expense | | 13,900.00 | X | | -1,180,806.... |
| 12/03/2018 | 18980 | Nick Pruter | 4117 · Feed purchased | | 500.00 | X | | -1,181,306.... |
| 12/04/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 154,382.40 | -1,026,923.... |
| 12/04/2018 | | | Line of Credit - Burlin... | Deposit | | X | 42,975.00 | -983,948.63 |
| 12/04/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 97,230.00 | -886,718.63 |
| 12/04/2018 | wire out | Thompson Cattle, Inc | 7601 · Purchases/Sales... | 105 hfrs | 83,358.00 | X | | -970,076.63 |
| 12/04/2018 | 18804 | Ryan Hageman | 4113 · Contract Labor | 6.50 hours 11/2... | 91.00 | X | | -970,167.63 |
| 12/04/2018 | 18806 | JGT Cattle | 7601 · Purchases/Sales... | 122 strs | 146,588.63 | X | | -1,116,756.... |
| 12/04/2018 | 18807 | Adam K Zeigler | -split- | | 715.47 | X | | -1,117,471.... |
| 12/04/2018 | 18808 | Bessie V Harp. | -split- | | 255.35 | X | | -1,117,727.... |
| 12/04/2018 | 18809 | Brady S Breese | -split- | | 605.62 | X | | -1,118,332.... |
| 12/04/2018 | 18810 | Brandon L Hamel | -split- | | 1,856.28 | X | | -1,120,188.... |
| 12/04/2018 | 18811 | Camden Gillum | -split- | | 1,281.07 | X | | -1,121,470.... |
| 12/04/2018 | 18812 | Chad S McClurg | -split- | | 454.75 | X | | -1,121,924.... |
| 12/04/2018 | 18813 | Charles D Hamilton | -split- | | 876.50 | X | | -1,122,801.... |
| 12/04/2018 | 18814 | Chris A Stapel | -split- | | 605.62 | X | | -1,123,406.... |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 42 of 69

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/04/2018 | 18815 | Clint J. Urban | -split- | | 432.75 | X | | -1,123,839.... |
| 12/04/2018 | 18816 | Coleman Kirby | -split- | | 86.81 | X | | -1,123,926.... |
| 12/04/2018 | 18817 | Damion D Dix | -split- | | 698.88 | X | | -1,124,625.... |
| 12/04/2018 | 18818 | David D Alexander | -split- | | 1,053.58 | X | | -1,125,678.... |
| 12/04/2018 | 18819 | Earl Ward | -split- | | 718.80 | X | | -1,126,397.... |
| 12/04/2018 | 18820 | Evan P Harre | -split- | | 136.52 | X | | -1,126,534.... |
| 12/04/2018 | 18821 | Garret J Ludwig | -split- | | 945.93 | X | | -1,127,480.... |
| 12/04/2018 | 18822 | Jarrett W. Harmon | -split- | | 2,242.44 | X | | -1,129,722.... |
| 12/04/2018 | 18823 | Jerod Shufflebarger | -split- | | 69.26 | X | | -1,129,791.... |
| 12/04/2018 | 18824 | Lance D Reed | -split- | | 2,120.34 | X | | -1,131,912.... |
| 12/04/2018 | 18825 | Logan W Flower | -split- | | 581.27 | X | | -1,132,493.... |
| 12/04/2018 | 18826 | Michelle K. Dougherty | -split- | | 165.09 | X | | -1,132,658.... |
| 12/04/2018 | 18827 | Samuel J States | -split- | | 640.63 | X | | -1,133,299.... |
| 12/04/2018 | 18828 | Stephanie David | -split- | | 413.75 | X | | -1,133,712.... |
| 12/04/2018 | 18829 | Terry M Sumner | -split- | | 635.30 | X | | -1,134,348.... |
| 12/04/2018 | 18830 | Traci L Cellmer | -split- | | 1,472.07 | X | | -1,135,820.... |
| 12/04/2018 | 18831 | Tyler Gillum | -split- | | 2,733.58 | X | | -1,138,553.... |
| 12/04/2018 | 18832 | Vincent P Hofstetter | -split- | | 366.40 | X | | -1,138,920.... |
| 12/04/2018 | 18833 | Hadley D Gillum | -split- | | 193.94 | X | | -1,139,114.... |
| 12/04/2018 | 18834 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -1,139,245.... |
| 12/04/2018 | 18835 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 211.77 | X | | -1,139,457.... |
| 12/04/2018 | 18836 | Adam Zeigler | 7505 · Trucking | trucking | 100.00 | X | | -1,139,557.... |
| 12/04/2018 | 18837 | Nick Pruter | -split- | | 765.13 | X | | -1,140,322.... |
| 12/04/2018 | 18838 | Riley O Voss | -split- | | 1,020.14 | X | | -1,141,342.... |
| 12/04/2018 | 18839 | Big Creek Veterinary... | 4010 · Vet income | 12/1/18 cow sale | 7,337.00 | X | | -1,148,679.... |
| 12/04/2018 | 18840 | Clint Kvasnicka | 4113 · Contract Labor | 12/1 - 12/4/18 | 500.00 | X | | -1,149,179.... |
| 12/05/2018 | | | -split- | Deposit | | X | 56,763.79 | -1,092,415.... |
| 12/05/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 68,000.00 | -1,024,415.... |
| 12/05/2018 | 18841 | Kevin Deniston | 4101 · Cattle Insures/A... | insure minus m... | 1,376.00 | X | | -1,025,791.... |
| 12/05/2018 | 18842 | Allen Gosser | 7601 · Purchases/Sales... | feed | 10,857.50 | X | | -1,036,649.... |
| 12/05/2018 | 18843 | Big Creek Veterinary... | 4010 · Vet income | 12/4/18 sale | 3,102.45 | X | | -1,039,751.... |
| 12/05/2018 | 18844 | Ford Credit | 7544 · N/P - Pickup Pa... | 52863791 | 704.76 | X | | -1,040,456.... |
| 12/05/2018 | 18845 | Wells Fargo Dealer S... | 7544 · N/P - Pickup Pa... | 5836140666 | 797.82 | X | | -1,041,254.... |
| 12/05/2018 | 18846 | CNH Capital | 4107 · Repairs and Mai... | 6035 1811 157... | 880.22 | X | | -1,042,134.... |
| 12/05/2018 | 18847 | Northwestern Office ... | 4108 · Supplies | 154135 | 50.09 | X | | -1,042,184.... |
| 12/05/2018 | 18848 | Tyler's Automotive | 4107 · Repairs and Mai... | on acct | 1,500.00 | X | | -1,043,684.... |
| 12/05/2018 | 18849 | Walker Sand & Grav... | 4107 · Repairs and Mai... | 8205 | 167.40 | X | | -1,043,851.... |
| 12/05/2018 | 18850 | Damar Hometown C... | 4102 · Business Promo... | donation | 1,000.00 | X | | -1,044,851.... |
| 12/05/2018 | 18851 | Postmaster | 4108 · Supplies | stamps | 50.00 | X | | -1,044,901.... |
| 12/06/2018 | | | 4151 · Bank Charges | Service Charge | 17.50 | X | | -1,044,919.... |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 43 of 69

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/06/2018 | 18852 | Postmaster | 4108 · Supplies | overnight to Sa... | 24.70 | X | | -1,044,944.... |
| 12/06/2018 | 18853 | Dollar General | 4108 · Supplies | | 98.26 | X | | -1,045,042.... |
| 12/07/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 230,720.91 | -814,321.38 |
| 12/07/2018 | ACH | Internal Revenue Ser... | -split- | 26-1179209 | 6,305.02 | X | | -820,626.40 |
| 12/07/2018 | 18854 | United States Treasury | 4103 · Internal Revenu... | Notice CP161 | 428.98 | X | | -821,055.38 |
| 12/07/2018 | 18974 | 4G Cattle | 7601 · Purchases/Sales... | | 24,316.00 | X | | -845,371.38 |
| 12/10/2018 | | | -split- | Deposit | | X | 387,134.50 | -458,236.88 |
| 12/10/2018 | | | 4151 · Bank Charges | Service Charge | 7.50 | X | | -458,244.38 |
| 12/10/2018 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | 036261179209... | 861.00 | X | | -459,105.38 |
| 12/10/2018 | 18855 | Rachelle Eichman | 4113 · Contract Labor | bonus | 400.00 | X | | -459,505.38 |
| 12/10/2018 | 18856 | Travis Eichman | 4113 · Contract Labor | bonus | 100.00 | X | | -459,605.38 |
| 12/11/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 227,000.00 | -232,605.38 |
| 12/11/2018 | ach | Almena State Bank | -split- | | 9,199.68 | X | | -241,805.06 |
| 12/11/2018 | ach | Almena State Bank | -split- | nov | 18,549.14 | X | | -260,354.20 |
| 12/11/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 439.00 | X | | -260,793.20 |
| 12/11/2018 | 18860 | Lyle Gottschalk | 7603 · Loan Advance/... | | 230,000.00 | X | | -490,793.20 |
| 12/11/2018 | 18967 | C&G Cattle | 7520 · GLG | | 18,000.00 | X | | -508,793.20 |
| 12/12/2018 | | | 7601 · Purchases/Sales... | Deposit | | X | 206,270.00 | -302,523.20 |
| 12/12/2018 | | | -split- | Deposit | | X | 71,955.57 | -230,567.63 |
| 12/12/2018 | ACH | New York Life Ins. | 4150 · Life Insurance | | 18.00 | X | | -230,585.63 |
| 12/13/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 310,832.18 | 80,246.55 |
| 12/13/2018 | | | 4101 · Cattle Insures/A... | Deposit | | X | 3,095.97 | 83,342.52 |
| 12/13/2018 | | Ruder Oil Co. | 4109 · Fuel | VOID: Novem... | | X | | 83,342.52 |
| 12/13/2018 | ach | New York Life Ins. | 4150 · Life Insurance | | 17.75 | X | | 83,324.77 |
| 12/13/2018 | wire | Chad Draper | 7603 · Loan Advance/... | 90 st/hfr | 77,326.21 | X | | 5,998.56 |
| 12/13/2018 | 18857 | Kansas Beef Council | 8011 · Reimbursed inc... | November repo... | 6,947.00 | X | | -948.44 |
| 12/13/2018 | 18858 | Kansas Animal Healt... | 8011 · Reimbursed inc... | November repo... | 3,731.85 | X | | -4,680.29 |
| 12/13/2018 | 18859 | Cline-Wood Agency,... | 8011 · Reimbursed inc... | November repo... | 20,301.00 | X | | -24,981.29 |
| 12/13/2018 | 18861 | JGT Cattle | 7601 · Purchases/Sales... | 123 strs | 146,404.80 | X | | -171,386.09 |
| 12/13/2018 | 18862 | JGT Cattle | 7601 · Purchases/Sales... | 200 strs | 234,222.40 | X | | -405,608.49 |
| 12/13/2018 | 18863 | Benoit Feeders | 4117 · Feed purchased | 62 bales alfalfa | 6,944.00 | X | | -412,552.49 |
| 12/13/2018 | 18864 | Stapel Trucking, LLC | 7505 · Trucking | Stephanie haul | 100.00 | X | | -412,652.49 |
| 12/13/2018 | 18865 | City of Plainville | 4133 · Utilities | | 69.75 | X | | -412,722.24 |
| 12/13/2018 | 18866 | Ruder Oil Co. | 4109 · Fuel | November fuel | 1,158.60 | X | | -413,880.84 |
| 12/13/2018 | 18867 | Big Creek Veterinary... | 4010 · Vet income | 12/11/18 sale | 1,977.30 | X | | -415,858.14 |
| 12/13/2018 | 18868 | McAfee & Taft | 4114 · Accounting and ... | 07878.00002 i... | 2,637.00 | X | | -418,495.14 |
| 12/13/2018 | 18869 | Rooks County Treas... | 4112 · Real Estate Taxes | 1/2 for stateme... | 15,853.12 | X | | -434,348.26 |
| 12/13/2018 | 18870 | Ford Credit | 7544 · N/P - Pickup Pa... | 55875353 | 574.82 | X | | -434,923.08 |
| 12/13/2018 | 18871 | Carmichael True Value | 4107 · Repairs and Mai... | | 910.23 | X | | -435,833.31 |
| 12/13/2018 | 18872 | KFRM-AM | 4106 · Advertising | | 160.00 | X | | -435,993.31 |

Register: Almena State Bank

From 11/01/2018 through 12/31/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/13/2018 | 18873 | America's Best Steak | 4102 · Business Promo... | 1-13959 | 200.00 | X | | -436,193.31 |
| 12/13/2018 | 18874 | Nex-Tech | 4128 · Telephone Expe... | 330945 | 176.32 | X | | -436,369.63 |
| 12/13/2018 | 18875 | CattleUsa | 4120 · Equipment Rent | 41-11-2018 | 625.00 | X | | -436,994.63 |
| 12/13/2018 | 18876 | Masters Oil LLC | 4109 · Fuel | | 50.10 | X | | -437,044.73 |
| 12/13/2018 | 18877 | Midland Marketing | 4117 · Feed purchased | 653280 | 1,042.00 | X | | -438,086.73 |
| 12/13/2018 | 18878 | Cintas Corp. | 4107 · Repairs and Mai... | 449-02340 | 349.64 | X | | -438,436.37 |
| 12/14/2018 | 18879 | Duffy Rye | 7601 · Purchases/Sales... | 150 hfrs video | 151,612.85 | X | | -590,049.22 |
| 12/14/2018 | 18880 | Nick Pruter | -split- | | 637.13 | X | | -590,686.35 |
| 12/14/2018 | 18881 | Logan Pruter | 4113 · Contract Labor | | 125.00 | X | | -590,811.35 |
| 12/17/2018 | | | -split- | Deposit | | X | 386,044.21 | -204,767.14 |
| 12/17/2018 | | | 4151 · Bank Charges | Service Charge | 17.50 | X | | -204,784.64 |
| 12/17/2018 | ach | New York Life Ins. | 4150 · Life Insurance | | 806.97 | X | | -205,591.61 |
| 12/17/2018 | 18961 | Second Home Cafe | 7800 · Cafe Expense | | 725.00 | X | | -206,316.61 |
| 12/18/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 20,000.00 | -186,316.61 |
| 12/18/2018 | 18882 | Clint Kvasnicka | 4113 · Contract Labor | 12/11 | 250.00 | X | | -186,566.61 |
| 12/18/2018 | 18883 | Ryan Hageman | 4113 · Contract Labor | 15.75 hours | 220.50 | X | | -186,787.11 |
| 12/18/2018 | 18884 | Jimmy Taylor | 4113 · Contract Labor | 12/4/18 - 12/11... | 261.25 | X | | -187,048.36 |
| 12/18/2018 | 18885 | Rodney Freeland | 4113 · Contract Labor | 12/4/18 | 150.00 | X | | -187,198.36 |
| 12/18/2018 | 18886 | Brice Buzzard | 4115 · Commissions pa... | | 600.00 | X | | -187,798.36 |
| 12/18/2018 | 18887 | Jeremy Weibner | 4115 · Commissions pa... | | 250.00 | | | -188,048.36 |
| 12/18/2018 | 18888 | Adam K Zeigler | -split- | | 441.25 | X | | -188,489.61 |
| 12/18/2018 | 18889 | Beau B Martin | -split- | | 137.53 | X | | -188,627.14 |
| 12/18/2018 | 18890 | Bessie V Harp. | -split- | | 299.60 | X | | -188,926.74 |
| 12/18/2018 | 18891 | Brady S Breese | -split- | | 215.88 | X | | -189,142.62 |
| 12/18/2018 | 18892 | Brandon L Hamel | -split- | | 1,289.65 | X | | -190,432.27 |
| 12/18/2018 | 18893 | Camden Gillum | -split- | | 1,281.09 | X | | -191,713.36 |
| 12/18/2018 | 18894 | Chad S McClurg | -split- | | 366.40 | X | | -192,079.76 |
| 12/18/2018 | 18895 | Charles D Hamilton | -split- | | 467.66 | X | | -192,547.42 |
| 12/18/2018 | 18896 | Chris A Stapel | -split- | | 413.75 | X | | -192,961.17 |
| 12/18/2018 | 18897 | Clint J. Urban | -split- | | 432.75 | X | | -193,393.92 |
| 12/18/2018 | 18898 | Damion D Dix | -split- | | 360.40 | X | | -193,754.32 |
| 12/18/2018 | 18899 | David D Alexander | -split- | | 638.83 | X | | -194,393.15 |
| 12/18/2018 | 18900 | Earl Ward | -split- | | 718.80 | X | | -195,111.95 |
| 12/18/2018 | 18901 | Evan P Harre | -split- | | 278.76 | X | | -195,390.71 |
| 12/18/2018 | 18902 | Garret J Ludwig | -split- | | 1,063.76 | X | | -196,454.47 |
| 12/18/2018 | 18903 | Jarrett W. Harmon | -split- | | 2,917.00 | X | | -199,371.47 |
| 12/18/2018 | 18904 | Jerod Shufflebarger | -split- | | 69.26 | X | | -199,440.73 |
| 12/18/2018 | 18905 | Lance D Reed | -split- | | 2,605.63 | X | | -202,046.36 |
| 12/18/2018 | 18906 | Logan W Flower | -split- | | 452.75 | X | | -202,499.11 |
| 12/18/2018 | 18907 | Michelle K. Dougherty | -split- | | 173.08 | X | | -202,672.19 |

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/18/2018 | 18908 | Samuel J States | -split- | | 443.75 | X | | -203,115.94 |
| 12/18/2018 | 18909 | Stephanie David | -split- | | 413.75 | X | | -203,529.69 |
| 12/18/2018 | 18910 | Terry M Sumner | -split- | | 493.00 | X | | -204,022.69 |
| 12/18/2018 | 18911 | Traci L Cellmer | -split- | | 1,472.06 | X | | -205,494.75 |
| 12/18/2018 | 18912 | Tyler Gillum | -split- | | 2,733.56 | X | | -208,228.31 |
| 12/18/2018 | 18913 | Vincent P Hofstetter | -split- | | 366.40 | X | | -208,594.71 |
| 12/18/2018 | 18914 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -208,725.79 |
| 12/18/2018 | 18915 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 164.34 | X | | -208,890.13 |
| 12/18/2018 | 18916 | Hadley Gillum | 7603 · Loan Advance/... | December | 300.00 | X | | -209,190.13 |
| 12/18/2018 | 18917 | Wyatt Livingston | 4113 · Contract Labor | 12/18/18 sale | 175.00 | X | | -209,365.13 |
| 12/18/2018 | 18918 | Riley O Voss | -split- | | 341.46 | X | | -209,706.59 |
| 12/18/2018 | 18919 | Grady Cattle Company | 4101 · Cattle Insures/A... | 7 deads | 8,408.75 | X | | -218,115.34 |
| 12/18/2018 | 18920 | Adam K Zeigler | -split- | | 830.99 | X | | -218,946.33 |
| 12/18/2018 | 18921 | Bessie V Harp. | -split- | | 450.75 | X | | -219,397.08 |
| 12/18/2018 | 18922 | Brady S Breese | -split- | | 413.75 | X | | -219,810.83 |
| 12/18/2018 | 18923 | Chad S McClurg | -split- | | 454.75 | X | | -220,265.58 |
| 12/18/2018 | 18924 | Charles D Hamilton | -split- | | 230.87 | X | | -220,496.45 |
| 12/18/2018 | 18925 | Chris A Stapel | -split- | | 413.75 | X | | -220,910.20 |
| 12/18/2018 | 18926 | Clint J. Urban | -split- | | 432.75 | X | | -221,342.95 |
| 12/18/2018 | 18927 | Damion D Dix | -split- | | 443.75 | X | | -221,786.70 |
| 12/18/2018 | 18928 | David D Alexander | -split- | | 454.75 | X | | -222,241.45 |
| 12/18/2018 | 18929 | Earl Ward | -split- | | 2,006.75 | X | | -224,248.20 |
| 12/18/2018 | 18931 | Lance D Reed | -split- | | 3,706.50 | X | | -227,954.70 |
| 12/18/2018 | 18932 | Logan W Flower | -split- | | 452.75 | X | | -228,407.45 |
| 12/18/2018 | 18933 | Michelle K. Dougherty | -split- | | 413.75 | X | | -228,821.20 |
| 12/18/2018 | 18934 | Samuel J States | -split- | | 443.75 | X | | -229,264.95 |
| 12/18/2018 | 18935 | Stephanie David | -split- | | 413.75 | X | | -229,678.70 |
| 12/18/2018 | 18936 | Terry M Sumner | -split- | | 215.88 | X | | -229,894.58 |
| 12/18/2018 | 18937 | Traci L Cellmer | -split- | | 1,925.75 | X | | -231,820.33 |
| 12/18/2018 | 18938 | Vincent P Hofstetter | -split- | | 454.75 | X | | -232,275.08 |
| 12/19/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 101,527.80 | -130,747.28 |
| 12/19/2018 | | | -split- | Deposit | | X | 61,069.66 | -69,677.62 |
| 12/19/2018 | | | 4101 · Cattle Insures/A... | Deposit | | X | 6,277.70 | -63,399.92 |
| 12/19/2018 | | | 4151 · Bank Charges | Service Charge | 7.50 | X | | -63,407.42 |
| 12/19/2018 | 18940 | Stapel Trucking, LLC | 7505 · Trucking | spresser & juen... | 340.00 | X | | -63,747.42 |
| 12/19/2018 | 18941 | LJ Farms and Trucking | 7505 · Trucking | Juenemann haul | 228.68 | X | | -63,976.10 |
| 12/19/2018 | 18943 | Bob Marx | 7601 · Purchases/Sales... | pasture rent | 13,925.00 | X | | -77,901.10 |
| 12/19/2018 | 18947 | Postmaster | 4108 · Supplies | stamps | 50.00 | X | | -77,951.10 |
| 12/19/2018 | 19008 | Mike Nix and Guara... | 7601 · Purchases/Sales... | | 69,382.50 | X | | -147,333.60 |
| 12/20/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 5,500.00 | -141,833.60 |

Case 19-10293   Doc# 34   Filed 03/14/19   Page 46 of 69

Register: Almena State Bank
From 11/01/2018 through 12/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/20/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 50,000.00 | -91,833.60 |
| 12/20/2018 | ach | Internal Revenue Ser... | -split- | 12/18/18 PAY... | 11,117.96 | X | | -102,951.56 |
| 12/20/2018 | ACH | Almena State Bank | -split- | | 18,549.14 | X | | -121,500.70 |
| 12/20/2018 | 18939 | JGT Cattle | 7601 · Purchases/Sales... | 90 STRS | 112,314.86 | X | | -233,815.56 |
| 12/20/2018 | 18944 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 195 HFRS | 212,869.90 | X | | -446,685.46 |
| 12/20/2018 | 18945 | Lyle Gottschalk | 7603 · Loan Advance/... | | 161,920.00 | X | | -608,605.46 |
| 12/20/2018 | 18946 | Lyle Gottschalk | 7603 · Loan Advance/... | | 91,080.00 | X | | -699,685.46 |
| 12/20/2018 | 18948 | Dave Ottley | 4115 · Commissions pa... | commission on ... | 400.00 | X | | -700,085.46 |
| 12/20/2018 | 18949 | Stapel Trucking, LLC | 7505 · Trucking | loomis | 380.00 | X | | -700,465.46 |
| 12/20/2018 | 18950 | Pat Hageman | 7601 · Purchases/Sales... | Oct, Nov, Dec ... | 4,416.45 | X | | -704,881.91 |
| 12/20/2018 | 18951 | Traci L Cellmer | 4108 · Supplies | ink | 37.50 | X | | -704,919.41 |
| 12/21/2018 | | | 7603 · Loan Advance/... | Deposit | | X | 59,930.00 | -644,989.41 |
| 12/21/2018 | 18952 | Clint Kvasnicka | 4113 · Contract Labor | 59 hd | 91.82 | X | | -645,081.23 |
| 12/21/2018 | 18953 | Travelers | 4118 · Insurance Expe... | 2698B5128 | 1,953.28 | X | | -647,034.51 |
| 12/21/2018 | 18962 | Second Home Cafe | 7800 · Cafe Expense | | 4,500.00 | X | | -651,534.51 |
| 12/21/2018 | 18975 | Jarrett Harmon | 4113 · Contract Labor | bonus | 5,000.00 | X | | -656,534.51 |
| 12/21/2018 | 19020 | JGT Cattle | 7601 · Purchases/Sales... | 60 hfrs | 64,346.10 | X | | -720,880.61 |
| 12/24/2018 | | | -split- | Deposit | | X | 324,861.40 | -396,019.21 |
| 12/24/2018 | 18954 | Ford Credit | 7544 · N/P - Pickup Pa... | 52863791 | 704.76 | X | | -396,723.97 |
| 12/24/2018 | 18955 | AFLAC | 4118 · Insurance Expe... | G6F65 | 554.46 | X | | -397,278.43 |
| 12/24/2018 | 18956 | Midwest Energy | 4133 · Utilities | 20068842 | 89.83 | X | | -397,368.26 |
| 12/24/2018 | 18957 | Western Coop Electri... | 4133 · Utilities | 47713 | 826.21 | X | | -398,194.47 |
| 12/24/2018 | 18958 | Nextech Wireless | 4128 · Telephone Expe... | 14362 | 433.51 | X | | -398,627.98 |
| 12/24/2018 | 19014 | Thompson Cattle, Inc | 7601 · Purchases/Sales... | 76 hfrs | 69,579.10 | X | | -468,207.08 |
| 12/26/2018 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | Dec 1-15th | 969.00 | X | | -469,176.08 |
| 12/26/2018 | 18963 | Second Home Cafe | 7800 · Cafe Expense | | 1,500.00 | X | | -470,676.08 |
| 12/27/2018 | 18959 | Cranston Cattle | 7603 · Loan Advance/... | | 146,139.35 | X | | -616,815.43 |
| 12/27/2018 | 18960 | Cranston Cattle | 7603 · Loan Advance/... | | 75,234.10 | X | | -692,049.53 |
| 12/27/2018 | 19000 | Cranston Cattle | 7603 · Loan Advance/... | | 113,290.85 | X | | -805,340.38 |
| 12/27/2018 | 19009 | Rusty McDowell | 4117 · Feed purchased | | 2,643.00 | X | | -807,983.38 |
| 12/27/2018 | 19010 | Mike Moses | 4101 · Cattle Insures/A... | insure 1 cow | 987.14 | X | | -808,970.52 |
| 12/27/2018 | 19011 | Gibbon Meat Packing | 4101 · Cattle Insures/A... | ins on 1 cow | 510.47 | X | | -809,480.99 |
| 12/27/2018 | 19012 | Big Creek Veterinary... | 4010 · Vet income | 12/18/18 sale | 2,304.00 | X | | -811,784.99 |
| 12/28/2018 | 19013 | Walmart | 4108 · Supplies | | 68.58 | X | | -811,853.57 |
| 12/28/2018 | 19015 | Spresser Farms | 7603 · Loan Advance/... | | 202,536.58 | X | | -1,014,390.... |
| 12/28/2018 | 19018 | S & W Supply | 4107 · Repairs and Mai... | | 579.41 | X | | -1,014,969.... |
| 12/28/2018 | 19019 | Second Home Cafe | 7800 · Cafe Expense | | 1,500.00 | X | | -1,016,469.... |
| 12/29/2018 | 19017 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.00 | X | | -1,269,594.... |
| 12/29/2018 | 19021 | Nancy Handley | 4113 · Contract Labor | 12/29/18 | 250.00 | X | | -1,269,844.... |
| 12/29/2018 | 19022 | Taner Gillum | 4113 · Contract Labor | | 750.00 | X | | -1,270,594.... |

Register: Almena State Bank

From 11/01/2018 through 12/31/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/29/2018 | 19024 | Cutter Kvasnicka | 4113 · Contract Labor | 12/29/18 | 250.00 | X | | -1,270,844.... |
| 12/29/2018 | 19025 | Conway Farms | 7601 · Purchases/Sales... | November feed | 45,704.48 | X | | -1,316,549.... |
| 12/29/2018 | 19026 | Cranston Cattle | 7601 · Purchases/Sales... | 133 st/hfr | 115,036.97 | X | | -1,431,586.... |
| 12/29/2018 | 19028 | Spresser Farms | 7603 · Loan Advance/... | | 99,918.00 | X | | -1,531,504.... |
| 12/29/2018 | 19029 | Spresser Farms | 7603 · Loan Advance/... | | 100,153.50 | X | | -1,631,657.... |
| 12/29/2018 | 19030 | Spresser Farms | 7603 · Loan Advance/... | | 92,790.30 | X | | -1,724,447.... |
| 12/29/2018 | 19031 | Beck Hahn Farms | 7601 · Purchases/Sales... | 60 strs @ 700# | 64,771.17 | X | | -1,789,218.... |
| 12/29/2018 | 19032 | Beck Hahn Farms | 7601 · Purchases/Sales... | | 1,210.83 | X | | -1,790,429.... |
| 12/31/2018 | | | -split- | Deposit | | X | 44,300.69 | -1,746,129.... |
| 12/31/2018 | | | -split- | Deposit | | X | 372,538.87 | -1,373,590.... |
| 12/31/2018 | | | 4151 · Bank Charges | Service Charge | 450.00 | X | | -1,374,040.... |
| 12/31/2018 | 19033 | Stapel Trucking, LLC | 7505 · Trucking | Spresser, Juene... | 400.00 | X | | -1,374,440.... |
| 12/31/2018 | 19034 | Nate Stoughton | 7601 · Purchases/Sales... | 25 bwf @ $1,750 | 43,750.00 | X | | -1,418,190.... |
| 12/31/2018 | 19110 | Lloyd Schneider | 7603 · Loan Advance/... | 49 cows | 57,660.99 | X | | -1,475,851.... |
| 12/31/2018 | 19112 | Lloyd Schneider | 7603 · Loan Advance/... | 54 hfr | 70,468.55 | X | | -1,546,319.... |
| 12/31/2018 | 19114 | Lloyd Schneider | 7603 · Loan Advance/... | 209 hfr | 165,629.90 | X | | -1,711,949.... |
| 12/31/2018 | 19115 | Lloyd Schneider | 7603 · Loan Advance/... | 199 str | 179,012.75 | X | | -1,890,962.... |
| 12/31/2018 | 19116 | Lloyd Schneider | 7603 · Loan Advance/... | 92 hd | 92,909.27 | X | | -1,983,871.... |
| 12/31/2018 | To Print | Jarrett W. Harmon | -split- | | | X | | -1,983,871.... |
| 12/31/2018 | To Print | Lance D Reed | -split- | | | X | | -1,983,871.... |
| 12/31/2018 | To Print | Terry M Sumner | -split- | | | X | | -1,983,871.... |
| 12/31/2018 | To Print | Tyler Gillum | -split- | | | X | | -1,983,871.... |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 48 of 69

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/01/2019 | 19023 | Kats Land & Cattle | 7603 · Loan Advance/... | | 3,821.92 | X | | -1,987,693.... |
| 01/01/2019 | 19035 | Ryan Hageman | 4113 · Contract Labor | 13 HOURS | 182.00 | X | | -1,987,875.... |
| 01/01/2019 | 19036 | Jimmy Taylor | 4113 · Contract Labor | 12/18/18 | 125.00 | X | | -1,988,000.... |
| 01/01/2019 | 19037 | Rodney Freeland | 4113 · Contract Labor | 12/18 - 12/29/18 | 300.00 | X | | -1,988,300.... |
| 01/01/2019 | 19038 | Clint Kvasnicka | 4113 · Contract Labor | 12/18 - 12/29/18 | 500.00 | X | | -1,988,800.... |
| 01/01/2019 | 19039 | Tyler Esslinger | 4113 · Contract Labor | 12/29/18 | 200.00 | X | | -1,989,000.... |
| 01/01/2019 | 19040 | Tracey Archer | 4113 · Contract Labor | 2 days labor | 300.00 | X | | -1,989,300.... |
| 01/01/2019 | 19041 | Earl Ward | 4109 · Fuel | fuel | 44.00 | X | | -1,989,344.... |
| 01/01/2019 | 19077 | Beau B Martin | -split- | | 338.31 | X | | -1,989,682.... |
| 01/01/2019 | 19078 | Bessie V Harp. | -split- | | 226.26 | X | | -1,989,909.... |
| 01/01/2019 | 19079 | Brady S Breese | -split- | | 216.87 | X | | -1,990,126.... |
| 01/01/2019 | 19080 | Brandon L Hamel | -split- | | 1,290.66 | X | | -1,991,416.... |
| 01/01/2019 | 19081 | Camden Gillum | -split- | | 1,282.08 | X | | -1,992,698.... |
| 01/01/2019 | 19082 | Chad S McClurg | -split- | | 230.87 | X | | -1,992,929.... |
| 01/01/2019 | 19083 | Chris A Stapel | -split- | | 414.75 | X | | -1,993,344.... |
| 01/01/2019 | 19084 | Clint J. Urban | -split- | | 433.75 | X | | -1,993,778.... |
| 01/01/2019 | 19085 | Damion D Dix | -split- | | 425.66 | X | | -1,994,203.... |
| 01/01/2019 | 19086 | David D Alexander | -split- | | 571.56 | X | | -1,994,775.... |
| 01/01/2019 | 19087 | Earl Ward | -split- | | 720.80 | X | | -1,995,496.... |
| 01/01/2019 | 19088 | Garret J Ludwig | -split- | | 653.07 | X | | -1,996,149.... |
| 01/01/2019 | 19089 | Logan W Flower | -split- | | 363.40 | X | | -1,996,512.... |
| 01/01/2019 | 19090 | Michelle K. Dougherty | -split- | | 90.04 | X | | -1,996,602.... |
| 01/01/2019 | 19091 | Riley O Voss | -split- | | 352.99 | X | | -1,996,955.... |
| 01/01/2019 | 19092 | Samuel J States | -split- | | 444.75 | X | | -1,997,400.... |
| 01/01/2019 | 19093 | Stephanie David | -split- | | 414.75 | X | | -1,997,815.... |
| 01/01/2019 | 19094 | Traci L Cellmer | -split- | | 1,474.06 | X | | -1,999,289.... |
| 01/01/2019 | 19095 | Tyler Gillum | -split- | | 2,736.58 | X | | -2,002,025.... |
| 01/01/2019 | 19096 | Vincent P Hofstetter | -split- | | 366.40 | X | | -2,002,392.... |
| 01/01/2019 | 19097 | Charles D Hamilton | -split- | | 627.21 | X | | -2,003,019.... |
| 01/01/2019 | 19098 | Terry M Sumner | -split- | | 250.85 | X | | -2,003,270.... |
| 01/01/2019 | 19101 | Lance D Reed | -split- | | 2,199.39 | X | | -2,005,469.... |
| 01/01/2019 | 19102 | Jarrett W. Harmon | -split- | | 2,244.44 | X | | -2,007,714.... |
| 01/02/2019 | 19042 | Bill Ballard | 7601 · Purchases/Sales... | | 34,829.06 | X | | -2,042,543.... |
| 01/02/2019 | 19043 | Leon Weis | 7601 · Purchases/Sales... | | 18,421.70 | X | | -2,060,964.... |
| 01/02/2019 | 19044 | Leon Weis | 7601 · Purchases/Sales... | | 1,659.75 | X | | -2,062,624.... |
| 01/02/2019 | 19045 | Lance Weis | 7601 · Purchases/Sales... | | 5,894.95 | X | | -2,068,519.... |
| 01/02/2019 | 19046 | Ron Shaw | 7601 · Purchases/Sales... | | 10,932.68 | X | | -2,079,452.... |
| 01/02/2019 | 19047 | Richard Augustine | 7601 · Purchases/Sales... | | 10,926.38 | X | | -2,090,378.... |
| 01/02/2019 | 19048 | Dale White | 7601 · Purchases/Sales... | | 1,557.13 | X | | -2,091,935.... |
| 01/02/2019 | 19049 | Greg Babcock | 7601 · Purchases/Sales... | | 13,331.44 | X | | -2,105,267.... |

Page 1

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/02/2019 | 19050 | Dan Ziegler | 7601 · Purchases/Sales... | | 495.82 | X | | -2,105,763.... |
| 01/02/2019 | 19051 | Dan Ziegler | 7601 · Purchases/Sales... | | 209.24 | X | | -2,105,972.... |
| 01/02/2019 | 19052 | Dan Ziegler | 7601 · Purchases/Sales... | | 2,695.50 | X | | -2,108,667.... |
| 01/02/2019 | 19053 | Jerry Wasinger | 7601 · Purchases/Sales... | | 40,439.24 | X | | -2,149,107.... |
| 01/02/2019 | 19054 | Gary Solomon | 7601 · Purchases/Sales... | | 3,262.26 | X | | -2,152,369.... |
| 01/02/2019 | 19055 | Roger Solomon | 7601 · Purchases/Sales... | | 1,631.14 | X | | -2,154,000.... |
| 01/02/2019 | 19056 | Gordon Solomon | 7601 · Purchases/Sales... | | 1,631.14 | X | | -2,155,631.... |
| 01/02/2019 | 19057 | Stahl Farms | 7601 · Purchases/Sales... | | 1,646.55 | X | | -2,157,278.... |
| 01/02/2019 | 19058 | Stahl Farms | 7601 · Purchases/Sales... | | 16,408.64 | X | | -2,173,686.... |
| 01/02/2019 | 19059 | Jeremy Hendrich | 7601 · Purchases/Sales... | | 64,984.10 | X | | -2,238,670.... |
| 01/02/2019 | 19060 | Lucy Shearer | 7601 · Purchases/Sales... | | 20,981.86 | X | | -2,259,652.... |
| 01/02/2019 | 19061 | Liz VanLoenen | 7601 · Purchases/Sales... | | 13,315.04 | X | | -2,272,967.... |
| 01/02/2019 | 19062 | Gordon Solomon | 7601 · Purchases/Sales... | | 18,855.26 | X | | -2,291,823.... |
| 01/02/2019 | 19063 | Gary Solomon | 7601 · Purchases/Sales... | | 32,996.69 | X | | -2,324,819.... |
| 01/02/2019 | 19064 | Roger Solomon | 7601 · Purchases/Sales... | | 18,855.26 | X | | -2,343,674.... |
| 01/02/2019 | 19065 | Tom Maupin | 7601 · Purchases/Sales... | | 30,392.51 | X | | -2,374,067.... |
| 01/02/2019 | 19066 | Sam Maupin | 7601 · Purchases/Sales... | | 36,511.46 | X | | -2,410,578.... |
| 01/02/2019 | 19067 | Brent Gustin | 7601 · Purchases/Sales... | | 13,358.64 | X | | -2,423,937.... |
| 01/02/2019 | 19068 | Karen Cook | 7601 · Purchases/Sales... | | 30,420.59 | X | | -2,454,358.... |
| 01/02/2019 | 19069 | Lucy Shearer | 7601 · Purchases/Sales... | | 17,744.78 | X | | -2,472,102.... |
| 01/02/2019 | 19070 | Jerry Roy | 7601 · Purchases/Sales... | | 863.66 | X | | -2,472,966.... |
| 01/02/2019 | 19071 | Jerry Roy | 7601 · Purchases/Sales... | | 6,077.83 | X | | -2,479,044.... |
| 01/02/2019 | 19072 | Jerry Roy | 7601 · Purchases/Sales... | | 265.96 | X | | -2,479,310.... |
| 01/02/2019 | 19073 | Don Riedel | 7601 · Purchases/Sales... | | 74,056.09 | X | | -2,553,366.... |
| 01/02/2019 | 19074 | Jerry Wasinger | 7601 · Purchases/Sales... | | 10,989.82 | X | | -2,564,356.... |
| 01/02/2019 | 19075 | Ron Strutt | 7601 · Purchases/Sales... | | 700.14 | X | | -2,565,056.... |
| 01/02/2019 | 19076 | Ron Strutt | 7601 · Purchases/Sales... | | 3,589.15 | X | | -2,568,645.... |
| 01/02/2019 | 19099 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -2,568,776.... |
| 01/02/2019 | 19100 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 83.62 | X | | -2,568,860.... |
| 01/03/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 361,440.00 | -2,207,420.... |
| 01/03/2019 | | | -split- | Deposit | | X | 155,332.00 | -2,052,088.... |
| 01/03/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 250,000.00 | -1,802,088.... |
| 01/03/2019 | | | 4151 · Bank Charges | Service Charge | 375.00 | X | | -1,802,463.... |
| 01/03/2019 | 19103 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.00 | X | | -2,055,588.... |
| 01/04/2019 | 19104 | Cranston Cattle | 7603 · Loan Advance/... | | 71,809.10 | X | | -2,127,397.... |
| 01/04/2019 | 19106 | Cranston Cattle | 7603 · Loan Advance/... | | 71,533.70 | X | | -2,198,931.... |
| 01/04/2019 | 19107 | Cranston Cattle | 7603 · Loan Advance/... | | 226,714.70 | X | | -2,425,645.... |
| 01/04/2019 | 19200 | Kyle Koelling | 4117 · Feed purchased | 74 bales prairie... | 3,954.75 | X | | -2,429,600.... |
| 01/08/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 497,117.50 | -1,932,483.... |
| 01/08/2019 | | | -split- | Deposit | | X | 11,103.55 | -1,921,379.... |

Page 2

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/08/2019 | 19001 | Mr. K's | 4108 · Supplies | | 100.88 | X | | -1,921,480.... |
| 01/08/2019 | 19108 | JGT Cattle | 7601 · Purchases/Sales... | | 195,157.10 | X | | -2,116,637.... |
| 01/08/2019 | 19109 | Big Creek Veterinary... | 4010 · Vet income | 12/29/18 sale | 5,257.00 | X | | -2,121,894.... |
| 01/08/2019 | 19117 | Kolton Harting | 4101 · Cattle Insures/A... | 1 cow | 1,200.00 | X | | -2,123,094.... |
| 01/08/2019 | 19118 | Gene Tilton | 4115 · Commissions pa... | 226 Mader | 1,695.00 | X | | -2,124,789.... |
| 01/08/2019 | 19119 | Gene Tilton | 4115 · Commissions pa... | | 3,000.00 | X | | -2,127,789.... |
| 01/08/2019 | 19120 | Cranston Cattle | 7601 · Purchases/Sales... | | 64,240.31 | X | | -2,192,029.... |
| 01/09/2019 | | | -split- | Deposit | | X | 56,853.13 | -2,135,176.... |
| 01/09/2019 | | | 7601 · Purchases/Sales... | Deposit | | X | 108,700.00 | -2,026,476.... |
| 01/09/2019 | | | -split- | Deposit | | X | 9,497.48 | -2,016,979.... |
| 01/09/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 572,318.31 | -1,444,660.... |
| 01/09/2019 | ACH | Internal Revenue Ser... | -split- | 1/2/19 payroll | 3,137.46 | X | | -1,447,798.... |
| 01/09/2019 | 19121 | Stapel Tire & Repair | 4107 · Repairs and Mai... | 6 dog bones for... | 121.98 | X | | -1,447,920.... |
| 01/09/2019 | 19122 | Gibbon Meat Packing | 4101 · Cattle Insures/A... | 1 cow | 870.17 | X | | -1,448,790.... |
| 01/09/2019 | 19123 | Kendall Nichols | 4101 · Cattle Insures/A... | 1 dead BT 107 | 1,066.83 | X | | -1,449,857.... |
| 01/09/2019 | 19124 | Stapel Trucking, LLC | 7505 · Trucking | gray county | 600.00 | X | | -1,450,457.... |
| 01/09/2019 | 19125 | Mongeau Farms FLP | 7601 · Purchases/Sales... | 98 strs | 123,080.61 | X | | -1,573,537.... |
| 01/09/2019 | 19126 | Postmaster | 4108 · Supplies | stamps | 50.00 | X | | -1,573,587.... |
| 01/10/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 321,683.18 | -1,251,904.... |
| 01/10/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 355,379.89 | -896,524.84 |
| 01/10/2019 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | 036261179209... | 1,488.00 | X | | -898,012.84 |
| 01/10/2019 | 19002 | Second Home Cafe | 7800 · Cafe Expense | | 1,200.00 | X | | -899,212.84 |
| 01/10/2019 | 19111 | Lloyd Schneider | 7603 · Loan Advance/... | 34 cows | 43,713.94 | X | | -942,926.78 |
| 01/10/2019 | 19113 | Lloyd Schneider | 7603 · Loan Advance/... | | 171,013.81 | X | | -1,113,940.... |
| 01/10/2019 | 19127 | Gibbon Meat Packing | 4101 · Cattle Insures/A... | BT # 9580 fro... | 453.00 | | | -1,114,393.... |
| 01/11/2019 | ACH | New York Life Ins. | 4150 · Life Insurance | | 439.00 | X | | -1,114,832.... |
| 01/11/2019 | ACH | New York Life Ins. | 4150 · Life Insurance | | 18.00 | X | | -1,114,850.... |
| 01/11/2019 | ACH | New York Life Ins. | 4150 · Life Insurance | | 17.75 | X | | -1,114,868.... |
| 01/14/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 123,408.16 | -991,460.18 |
| 01/14/2019 | 19132 | Kansas Animal Healt... | 8011 · Reimbursed inc... | December 2018 | 4,810.95 | X | | -996,271.13 |
| 01/14/2019 | 19133 | Big Creek Veterinary... | 4010 · Vet income | 1/8/19 sale | 2,028.65 | X | | -998,299.78 |
| 01/14/2019 | 19134 | Cline-Wood Agency,... | 8011 · Reimbursed inc... | December repo... | 26,500.06 | X | | -1,024,799.... |
| 01/15/2019 | ach | New York Life Ins. | 4150 · Life Insurance | | 806.97 | X | | -1,025,606.... |
| 01/15/2019 | 19128 | Kenny Nichols | 7601 · Purchases/Sales... | 66 hfrs | 69,389.86 | X | | -1,094,996.... |
| 01/15/2019 | 19129 | Kendall Nichols | 7601 · Purchases/Sales... | 64 hfrs | 70,411.84 | X | | -1,165,408.... |
| 01/15/2019 | 19130 | JGT Cattle | 7601 · Purchases/Sales... | 124 strs | 152,828.55 | X | | -1,318,237.... |
| 01/15/2019 | 19131 | Kansas Beef Council | 8011 · Reimbursed inc... | December 201... | 9,313.00 | X | | -1,327,550.... |
| 01/15/2019 | 19135 | Adam K Zeigler | -split- | | 223.37 | X | | -1,327,773.... |
| 01/15/2019 | 19136 | Bessie V Harp. | -split- | | 151.91 | X | | -1,327,925.... |
| 01/15/2019 | 19137 | Brady S Breese | -split- | | 216.88 | X | | -1,328,142.... |

Case 19-10293    Doc# 34    Filed 03/14/19    Page 51 of 69

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | 19138 | Brandon L Hamel | -split- | | 671.02 | X | | -1,328,813.... |
| 01/15/2019 | 19139 | Camden Gillum | -split- | | 1,282.09 | X | | -1,330,095.... |
| 01/15/2019 | 19140 | Chad S McClurg | -split- | | 230.88 | X | | -1,330,326.... |
| 01/15/2019 | 19141 | Chris A Stapel | -split- | | 216.87 | X | | -1,330,543.... |
| 01/15/2019 | 19142 | Clint J. Urban | -split- | | 229.87 | X | | -1,330,772.... |
| 01/15/2019 | 19143 | Damion D Dix | -split- | | 181.70 | X | | -1,330,954.... |
| 01/15/2019 | 19144 | David D Alexander | -split- | | 278.66 | X | | -1,331,233.... |
| 01/15/2019 | 19145 | Earl Ward | -split- | | 720.80 | X | | -1,331,954.... |
| 01/15/2019 | 19146 | Jarrett W. Harmon | -split- | | 2,244.44 | X | | -1,334,198.... |
| 01/15/2019 | 19147 | Lance D Reed | -split- | | 2,122.35 | X | | -1,336,320.... |
| 01/15/2019 | 19148 | Logan W Flower | -split- | | 229.87 | X | | -1,336,550.... |
| 01/15/2019 | 19149 | Michelle K. Dougherty | -split- | | 87.04 | X | | -1,336,637.... |
| 01/15/2019 | 19150 | Samuel J States | -split- | | 226.87 | X | | -1,336,864.... |
| 01/15/2019 | 19151 | Stephanie David | -split- | | 216.87 | X | | -1,337,081.... |
| 01/15/2019 | 19152 | Traci L Cellmer | -split- | | 1,474.07 | X | | -1,338,555.... |
| 01/15/2019 | 19153 | Tyler Gillum | -split- | | 2,736.56 | X | | -1,341,292.... |
| 01/15/2019 | 19154 | Vincent P Hofstetter | -split- | | 184.70 | X | | -1,341,476.... |
| 01/15/2019 | 19155 | Jimmy Taylor | 4113 · Contract Labor | 01/8/19 | 125.00 | X | | -1,341,601.... |
| 01/15/2019 | 19156 | Cutter Kvasnicka | 4113 · Contract Labor | 1/8/19 | 250.00 | X | | -1,341,851.... |
| 01/15/2019 | 19157 | Rodney Freeland | 4113 · Contract Labor | 1/8/19 | 150.00 | X | | -1,342,001.... |
| 01/15/2019 | 19158 | Byron Sowers | 4113 · Contract Labor | 1/8/19 | 250.00 | X | | -1,342,251.... |
| 01/15/2019 | 19160 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.00 | X | | -1,595,376.... |
| 01/15/2019 | 19161 | Cranston Cattle | 7603 · Loan Advance/... | 176 strs | 205,558.15 | X | | -1,800,935.... |
| 01/15/2019 | 19162 | Cranston Cattle | 7603 · Loan Advance/... | 130 hfrs | 107,052.05 | X | | -1,907,987.... |
| 01/15/2019 | 19163 | Nick Pruter | -split- | | 663.84 | X | | -1,908,650.... |
| 01/15/2019 | 19164 | Charles D Hamilton | -split- | | 573.81 | X | | -1,909,224.... |
| 01/15/2019 | 19165 | Garret J Ludwig | -split- | | 1,543.88 | X | | -1,910,768.... |
| 01/15/2019 | 19166 | Terry M Sumner | -split- | | 438.64 | X | | -1,911,207.... |
| 01/15/2019 | 19167 | KANSAS PAYMEN... | 2400 · Payroll Liabilities | Riley O.Voss P... | 131.08 | X | | -1,911,338.... |
| 01/15/2019 | 19168 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 146.21 | X | | -1,911,484.... |
| 01/15/2019 | 19169 | Riley O Voss | -split- | | 381.17 | X | | -1,911,865.... |
| 01/15/2019 | 19170 | C&G Cattle | 7506 · Capital Improve... | | 6,000.00 | X | | -1,917,865.... |
| 01/16/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 289,761.09 | -1,628,104.... |
| 01/16/2019 | 19003 | Second Home Cafe | 7800 · Cafe Expense | | 4,000.00 | X | | -1,632,104.... |
| 01/16/2019 | 19171 | Stapel Trucking, LLC | 7505 · Trucking | ashmore | 300.00 | X | | -1,632,404.... |
| 01/16/2019 | 19172 | Hadley D Gillum | -split- | | 348.02 | X | | -1,632,752.... |
| 01/16/2019 | 19173 | City of Plainville | 4133 · Utilities | 120001 | 80.14 | X | | -1,632,832.... |
| 01/16/2019 | 19174 | Feldhaus Trucking, Inc | 7505 · Trucking | inv 54979 | 450.00 | X | | -1,633,282.... |
| 01/16/2019 | 19175 | CNH Capital | 7522 · N/P-Equipment ... | 4695245340 | 13,869.30 | X | | -1,647,152.... |
| 01/16/2019 | 19176 | Oilfield Engine Servi... | 4107 · Repairs and Mai... | 181102 | 1,281.50 | X | | -1,648,433.... |

Page 4

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/16/2019 | 19177 | Werner Heating, AC ... | 4107 · Repairs and Mai... | 6789 | 350.15 | X | | -1,648,783.... |
| 01/16/2019 | 19178 | John Deere Financial | 4107 · Repairs and Mai... | 12399-69167 | 57.37 | X | | -1,648,841.... |
| 01/16/2019 | 19179 | Ally | 7544 · N/P - Pickup Pa... | 611922287342 | 811.45 | X | | -1,649,652.... |
| 01/16/2019 | 19180 | Schau Towing and S... | 7505 · Trucking | inv 15908 | 1,284.00 | | | -1,650,936.... |
| 01/16/2019 | 19181 | Tyler's Automotive | 4107 · Repairs and Mai... | on acct | 2,500.00 | X | | -1,653,436.... |
| 01/16/2019 | 19182 | WH Scale Co., Inc | 7506 · Capital Improve... | 38430 | 474.15 | X | | -1,653,910.... |
| 01/16/2019 | 19183 | CNH Capital | 4107 · Repairs and Mai... | 6035 1811 157... | 485.27 | X | | -1,654,395.... |
| 01/16/2019 | 19184 | Wells Fargo Dealer S... | 7544 · N/P - Pickup Pa... | 5836140666 | 797.82 | X | | -1,655,193.... |
| 01/16/2019 | 19185 | Ford Credit | 7544 · N/P - Pickup Pa... | 55875353 | 574.82 | X | | -1,655,768.... |
| 01/16/2019 | 19186 | Adams Brown Beran ... | 4114 · Accounting and ... | 227927 | 7,008.00 | X | | -1,662,776.... |
| 01/16/2019 | 19187 | Carmichael True Value | 4107 · Repairs and Mai... | on acct | 1,500.00 | X | | -1,664,276.... |
| 01/16/2019 | 19188 | Rocking M Media | 4106 · Advertising | 23974-5, 2469... | 535.08 | X | | -1,664,811.... |
| 01/16/2019 | 19189 | Eagle Radio | 4106 · Advertising | | 155.00 | X | | -1,664,966.... |
| 01/16/2019 | 19190 | KRVN-AM | 4106 · Advertising | 6454,6469,721... | 942.25 | X | | -1,665,908.... |
| 01/16/2019 | 19191 | Midland Marketing | 4117 · Feed purchased | 653280 | 44.00 | X | | -1,665,952.... |
| 01/16/2019 | 19192 | Cintas Corp. | 4107 · Repairs and Mai... | | 343.38 | X | | -1,666,296.... |
| 01/16/2019 | 19193 | KFRM-AM | 4106 · Advertising | | 880.00 | X | | -1,667,176.... |
| 01/16/2019 | 19194 | CattleUsa | 4120 · Equipment Rent | 41-12-2018 | 540.00 | X | | -1,667,716.... |
| 01/16/2019 | 19195 | Northwestern Printer... | 4108 · Supplies | 445 | 640.40 | X | | -1,668,356.... |
| 01/16/2019 | 19196 | Randy Weigel | 4117 · Feed purchased | 48 bales grass ... | 2,905.00 | X | | -1,671,261.... |
| 01/16/2019 | 19198 | Crowe & Dunlevy | 4114 · Accounting and ... | client 45339 m... | 4,260.42 | X | | -1,675,522.... |
| 01/16/2019 | 19199 | McAfee & Taft | 4114 · Accounting and ... | matter 07878.0... | 2,962.00 | X | | -1,678,484.... |
| 01/16/2019 | 19201 | Walker Sand & Grav... | 4107 · Repairs and Mai... | 8223/8218 | 1,339.20 | X | | -1,679,823.... |
| 01/16/2019 | 19202 | Rusty McDowell | 4117 · Feed purchased | cane feed and p... | 3,916.50 | X | | -1,683,739.... |
| 01/16/2019 | 19203 | Adam Keith | 4107 · Repairs and Mai... | 342652 | 400.00 | X | | -1,684,139.... |
| 01/16/2019 | 19206 | Jim Mitten Trucking | 7505 · Trucking | hrc haul | 194.88 | X | | -1,684,334.... |
| 01/17/2019 | | | -split- | Deposit | | X | 386,779.96 | -1,297,554.... |
| 01/17/2019 | | | -split- | Deposit | | X | 47,694.15 | -1,249,860.... |
| 01/17/2019 | 19004 | Second Home Cafe | 7800 · Cafe Expense | | 192.30 | X | | -1,250,052.... |
| 01/17/2019 | 19215 | Irsik Ranch | 4101 · Cattle Insures/A... | adj on 1 hfr | 125.00 | X | | -1,250,177.... |
| 01/18/2019 | | | 7601 · Purchases/Sales... | Deposit | | X | 19,050.00 | -1,231,127.... |
| 01/18/2019 | | | 4151 · Bank Charges | Service Charge | 1,905.00 | X | | -1,233,032.... |
| 01/21/2019 | 19217 | Big Creek Veterinary... | 4010 · Vet income | 1/15/19 sale | 800.50 | X | | -1,233,833.... |
| 01/21/2019 | 19219 | Nex-Tech | 4128 · Telephone Expe... | 330945 | 320.00 | X | | -1,234,153.... |
| 01/22/2019 | ACH | Internal Revenue Ser... | -split- | 26-1179209 | 4,493.36 | X | | -1,238,646.... |
| 01/22/2019 | 19197 | Bosselman Energy, Inc | 4109 · Fuel | 452775 | 6,397.61 | X | | -1,245,044.... |
| 01/22/2019 | 19204 | Leiker Spreading LLC | 7506 · Capital Improve... | 30 hours | 3,750.00 | X | | -1,248,794.... |
| 01/22/2019 | 19205 | LJ Manufacturing, L... | 7506 · Capital Improve... | inv 3413 | 2,288.80 | X | | -1,251,083.... |
| 01/22/2019 | 19207 | Lloyd Schneider | 7603 · Loan Advance/... | | 199,711.96 | X | | -1,450,795.... |
| 01/22/2019 | 19222 | Kats Land & Cattle | -split- | | 276,000.00 | X | | -1,726,795.... |

Page 5

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/22/2019 | adjust | | 7500 · Cattle Expenses | Balance Adjust... | 9,183.03 | X | | -1,735,978.... |
| 01/23/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 296,692.20 | -1,439,285.... |
| 01/23/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 238,103.25 | -1,201,182.... |
| 01/23/2019 | | | -split- | Deposit | | X | 528,250.67 | -672,932.05 |
| 01/23/2019 | 19005 | Ben E Keith | 7800 · Cafe Expense | food | 304.54 | X | | -673,236.59 |
| 01/23/2019 | 19006 | cash | 7800 · Cafe Expense | for cafe | 200.00 | X | | -673,436.59 |
| 01/23/2019 | 19027 | Taner Gillum | 7601 · Purchases/Sales... | | 58,424.91 | X | | -731,861.50 |
| 01/23/2019 | 19229 | Lance Wolters | 4101 · Cattle Insures/A... | 1 str from 1/15/... | 1,050.00 | X | | -732,911.50 |
| 01/24/2019 | | | 4151 · Bank Charges | Service Charge | 725.00 | | | -733,636.50 |
| 01/24/2019 | | | 4151 · Bank Charges | Service Charge | 725.00 | X | | -734,361.50 |
| 01/24/2019 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | Jan 1-15th | 1,365.00 | X | | -735,726.50 |
| 01/24/2019 | 19232 | Postmaster | 4108 · Supplies | stamps | 50.00 | X | | -735,776.50 |
| 01/24/2019 | 19233 | Traci L Cellmer | 4114 · Accounting and ... | | 7,500.00 | X | | -743,276.50 |
| 01/24/2019 | 19234 | Molner/Merrigan, LC | 4114 · Accounting and ... | retainer | 2,500.00 | X | | -745,776.50 |
| 01/25/2019 | 19223 | Lyle Gottschalk | 7603 · Loan Advance/... | | 253,125.00 | X | | -998,901.50 |
| 01/25/2019 | 19224 | JGT Cattle | 7601 · Purchases/Sales... | 166 strs | 181,949.76 | X | | -1,180,851.... |
| 01/25/2019 | 19225 | JGT Cattle | 7601 · Purchases/Sales... | 118 strs | 146,641.88 | X | | -1,327,493.... |
| 01/25/2019 | 19228 | Conway Farms | 7601 · Purchases/Sales... | December feed ... | 47,688.47 | X | | -1,375,181.... |
| 01/25/2019 | 19230 | HRC Feed Yards, LL... | 7601 · Purchases/Sales... | Lot 1881 | 26,000.00 | X | | -1,401,181.... |
| 01/26/2019 | 19231 | Walmart | 4108 · Supplies | | 99.67 | X | | -1,401,281.... |
| 01/26/2019 | 19237 | Big Creek Veterinary... | 4010 · Vet income | 1/22/19 sale | 2,568.50 | X | | -1,403,849.... |
| 01/26/2019 | 19238 | Whisman Trucking, I... | 7505 · Trucking | 33 cows for Be... | 250.00 | X | | -1,404,099.... |
| 01/26/2019 | 19239 | Dusty Creek Land & ... | 4117 · Feed purchased | feed | 4,485.43 | X | | -1,408,585.... |
| 01/28/2019 | | | 4151 · Bank Charges | Service Charge | 7.50 | X | | -1,408,592.... |
| 01/28/2019 | 19240 | Ron Frederking | 4101 · Cattle Insures/A... | adj on 1 cow | 1,525.00 | X | | -1,410,117.... |
| 01/29/2019 | | | -split- | Deposit | | X | 26,034.24 | -1,384,083.... |
| 01/29/2019 | | | -split- | Deposit | | X | 293,698.31 | -1,090,385.... |
| 01/29/2019 | 18964 | Second Home Cafe | 7800 · Cafe Expense | | 1,400.00 | X | | -1,091,785.... |
| 01/29/2019 | 19241 | Lyle Gottschalk | 7603 · Loan Advance/... | VOID: | | X | | -1,091,785.... |
| 01/29/2019 | 19242 | Ryan Hageman | 4113 · Contract Labor | 9.50 hours | 133.00 | X | | -1,091,918.... |
| 01/29/2019 | 19243 | Rodney Freeland | 4113 · Contract Labor | 1/15 - 1/22 - 1/... | 450.00 | X | | -1,092,368.... |
| 01/29/2019 | 19244 | Cutter Kvasnicka | 4113 · Contract Labor | 1/15 - 1/22 - 1/... | 750.00 | X | | -1,093,118.... |
| 01/29/2019 | 19245 | Byron Sowers | 4113 · Contract Labor | 1/15 - 1/22/19 | 500.00 | X | | -1,093,618.... |
| 01/29/2019 | 19246 | Jimmy Taylor | 4113 · Contract Labor | 1/15 - 1/22 - 1/... | 375.00 | X | | -1,093,993.... |
| 01/29/2019 | 19247 | Big Creek Veterinary... | 4010 · Vet income | 1/26/19 sale | 5,569.80 | X | | -1,099,562.... |
| 01/29/2019 | 19248 | Adam K Zeigler | -split- | | 639.11 | X | | -1,100,202.... |
| 01/29/2019 | 19249 | Bessie V Harp. | -split- | | 289.90 | X | | -1,100,491.... |
| 01/29/2019 | 19250 | Brady S Breese | -split- | | 606.62 | X | | -1,101,098.... |
| 01/29/2019 | 19251 | Brandon L Hamel | -split- | | 1,858.28 | X | | -1,102,956.... |
| 01/29/2019 | 19252 | Camden Gillum | -split- | | 1,282.07 | X | | -1,104,238.... |

Page 6

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | 19253 | Chad S McClurg | -split- | | 678.62 | X | | -1,104,917.... |
| 01/29/2019 | 19254 | Chris A Stapel | -split- | | 606.63 | X | | -1,105,524.... |
| 01/29/2019 | 19255 | Clint J. Urban | -split- | | 433.75 | X | | -1,105,957.... |
| 01/29/2019 | 19256 | Damion D Dix | -split- | | 641.63 | X | | -1,106,599.... |
| 01/29/2019 | 19257 | David D Alexander | -split- | | 835.39 | X | | -1,107,434.... |
| 01/29/2019 | 19259 | Evan P Harre | -split- | | 161.23 | X | | -1,107,596.... |
| 01/29/2019 | 19261 | Jarrett W. Harmon | -split- | | 2,244.43 | X | | -1,109,840.... |
| 01/29/2019 | 19262 | Lance D Reed | -split- | | 2,122.35 | X | | -1,111,962.... |
| 01/29/2019 | 19263 | Logan W Flower | -split- | | 452.75 | X | | -1,112,415.... |
| 01/29/2019 | 19264 | Michelle K. Dougherty | -split- | | 87.04 | X | | -1,112,502.... |
| 01/29/2019 | 19265 | Nick Pruter | -split- | | 1,276.63 | X | | -1,113,779.... |
| 01/29/2019 | 19266 | Riley O Voss | -split- | | 1,031.46 | X | | -1,114,810.... |
| 01/29/2019 | 19267 | Samuel J States | -split- | | 444.75 | X | | -1,115,255.... |
| 01/29/2019 | 19268 | Stephanie David | -split- | | 216.88 | X | | -1,115,472.... |
| 01/29/2019 | 19269 | Traci L Cellmer | -split- | | 1,474.06 | X | | -1,116,946.... |
| 01/29/2019 | 19270 | Tyler Gillum | -split- | | 2,736.58 | X | | -1,119,683.... |
| 01/29/2019 | 19271 | Vincent P Hofstetter | -split- | | 544.10 | X | | -1,120,227.... |
| 01/29/2019 | 19272 | Hadley Gillum | 7603 · Loan Advance/... | | 300.00 | X | | -1,120,527.... |
| 01/29/2019 | 19276 | Charles D Hamilton | -split- | | 508.22 | X | | -1,121,035.... |
| 01/29/2019 | 19277 | Terry M Sumner | -split- | | 438.64 | X | | -1,121,474.... |
| 01/29/2019 | 19278 | Law Office of Amber... | 2400 · Payroll Liabilities | 1476828 | 146.21 | X | | -1,121,620.... |
| 01/30/2019 | | | -split- | Deposit | | X | 47,646.84 | -1,073,973.... |
| 01/30/2019 | | | -split- | Deposit | | X | 213,020.32 | -860,953.13 |
| 01/30/2019 | ACH | Internal Revenue Ser... | -split- | 26-1179209 | 1,878.68 | | | -862,831.81 |
| 01/30/2019 | 19279 | Lance Wolters | 4101 · Cattle Insures/A... | adj on 1 hfr | 933.23 | X | | -863,765.04 |
| 01/30/2019 | 19280 | The Animal Hospital | 4010 · Vet income | 5468 | 228.83 | X | | -863,993.87 |
| 01/30/2019 | 19281 | Nex-Tech | 4128 · Telephone Expe... | 14362 | 528.89 | X | | -864,522.76 |
| 01/30/2019 | 19282 | Western Coop Electri... | 4133 · Utilities | 47713 | 1,529.45 | X | | -866,052.21 |
| 01/30/2019 | 19283 | Midwest Energy | 4133 · Utilities | 20068842 / 18... | 983.67 | X | | -867,035.88 |
| 01/30/2019 | 19284 | Ford Credit | 7544 · N/P - Pickup Pa... | 52863791 | 704.76 | X | | -867,740.64 |
| 01/30/2019 | 19285 | AFLAC | 4118 · Insurance Expe... | G6F65 | 831.69 | X | | -868,572.33 |
| 01/30/2019 | 19286 | Ally | 7544 · N/P - Pickup Pa... | 611922287342 | 836.45 | X | | -869,408.78 |
| 01/31/2019 | 19287 | Postmaster | 4108 · Supplies | stamps | 50.00 | X | | -869,458.78 |
| 02/01/2019 | | | 7601 · Purchases/Sales... | Deposit | | X | 122,546.14 | -746,912.64 |
| 02/04/2019 | | | 4151 · Bank Charges | Service Charge | 15.00 | X | | -746,927.64 |
| 02/05/2019 | 19288 | Lyle Gottschalk | 7603 · Loan Advance/... | VOID: | | X | | -746,927.64 |
| 02/05/2019 | 19289 | Big Creek Veterinary... | 4010 · Vet income | 1/29/19 sale | 1,016.00 | X | | -747,943.64 |
| 02/05/2019 | 19290 | JGT Cattle | 4115 · Commissions pa... | | 3,100.00 | X | | -751,043.64 |
| 02/05/2019 | 19291 | Sherlyn Kats | 7603 · Loan Advance/... | VOID: | | X | | -751,043.64 |
| 02/06/2019 | | | 7601 · Purchases/Sales... | Deposit | | X | 93,080.83 | -657,962.81 |

Case 19-10293   Doc# 34   Filed 03/14/19   Page 55 of 69

Register: Almena State Bank

From 01/01/2019 through 03/01/2019

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/06/2019 | | | -split- | Deposit | | X | 63,571.46 | -594,391.35 |
| 02/06/2019 | | | 7603 · Loan Advance/... | Deposit | | X | 760,000.00 | 165,608.65 |
| 02/06/2019 | ACH | Kansas Dept. of Reve... | 2110 · KS withholding | 16th - 31st Jan... | 940.00 | | | 164,668.65 |
| 02/06/2019 | 19292 | U.S. Department of J... | 4114 · Accounting and ... | 2018A57050/001 | 8,333.33 | | | 156,335.32 |
| 02/06/2019 | 19293 | Kansas Employment ... | 2120 · KS unemploym... | VOID: 398288 | | X | | 156,335.32 |
| 02/06/2019 | 19296 | Kansas Employment ... | 7800 · Cafe Expense | VOID: 487128 | | X | | 156,335.32 |
| 02/06/2019 | 19297 | Postmaster | 4108 · Supplies | VOID: stamps | | X | | 156,335.32 |
| 02/06/2019 | 19310 | Thompson Cattle, Inc | 7601 · Purchases/Sales... | VOID: 102 strs | | X | | 156,335.32 |
| 02/07/2019 | ACH | Internal Revenue Ser... | 2106 · Federal Unempl... | 26-1179209 | 34.80 | X | | 156,300.52 |
| 02/07/2019 | 19298 | Dollar General | 4108 · Supplies | VOID: | | X | | 156,300.52 |



# Account History for (XXXXXXX-307) Checking

Account [Regular Checking XXXXXXX-307 ($373,537.78) ▼] History
[Current Statement ▼]

**Account List** | **Account Summary** | **Online Statements** | **Image Search** | **History Export** | **Trends**

| Date | Description | Check Number | Withdrawal | Deposit | Balance |
|------|-------------|--------------|------------|---------|---------|
| 2/1/2019 | Starting Balance | | | | ($828,986.62) |
| 2/1/2019 | Regular deposit | 🔍Deposit | | $17,012.50 | ($811,974.12) |
| 2/1/2019 | Regular deposit | 🔍Deposit | | $85,791.61 | ($726,182.51) |
| 2/1/2019 | Mobile Deposit | 🔍Deposit | | $350,625.00 | ($375,557.51) |
| 2/1/2019 | Check #11158 | 🔍11158 | $122,546.14 | | ($498,103.65) |
| 2/1/2019 | Check #11159 | 🔍11159 | $12,796.42 | | ($510,900.07) |
| 2/1/2019 | Check #11161 | 🔍11161 | $3,212.46 | | ($514,112.53) |
| 2/1/2019 | Check #11165 | 🔍11165 | $597.66 | | ($514,710.19) |
| 2/1/2019 | Check #11240 | 🔍11240 | $1,455.24 | | ($516,165.43) |
| 2/1/2019 | Check #11245 | 🔍11245 | $475.00 | | ($516,640.43) |
| 2/1/2019 | Check #11249 | 🔍11249 | $1,440.00 | | ($518,080.43) |
| 2/1/2019 | Check #11309 | 🔍11309 | $17,988.58 | | ($536,069.01) |
| 2/1/2019 | Check #11313 | 🔍11313 | $798.80 | | ($536,867.81) |
| 2/1/2019 | Check #11320 | 🔍11320 | $821.54 | | ($537,689.35) |
| 2/1/2019 | Check #11324 | 🔍11324 | $3,130.02 | | ($540,819.37) |
| 2/1/2019 | Check #11333 | 🔍11333 | $13,424.50 | | ($554,243.87) |
| 2/1/2019 | Check #11334 | 🔍11334 | $1,356.53 | | ($555,600.40) |
| 2/1/2019 | Check #11340 | 🔍11340 | $3,206.22 | | ($558,806.62) |
| 2/1/2019 | Check #11341 | 🔍11341 | $3,206.22 | | ($562,012.84) |
| 2/1/2019 | Check #11354 | 🔍11354 | $29,763.56 | | ($591,776.40) |
| 2/1/2019 | Check #11362 | 🔍11362 | $23,671.56 | | ($615,447.96) |
| 2/1/2019 | Check #11377 | 🔍11377 | $28,721.29 | | ($644,169.25) |
| 2/1/2019 | Check #11389 | 🔍11389 | $301.23 | | ($644,470.48) |
| 2/1/2019 | Check #11390 | 🔍11390 | $13,348.47 | | ($657,818.95) |
| 2/1/2019 | Check #11393 | 🔍11393 | $21,652.54 | | ($679,471.49) |
| 2/1/2019 | Check #11395 | 🔍11395 | $15,351.09 | | ($694,822.58) |
| 2/1/2019 | Check #11426 | 🔍11426 | $313.44 | | ($695,136.02) |
| 2/4/2019 | Not sufficient funds | *Phil Zi. Pd* | | $313.44 | ($694,822.58) |
| 2/4/2019 | Not sufficient funds | *Greg H.* | | $23,671.56 | ($671,151.02) |
| 2/4/2019 | Not sufficient funds | *Neal W. Pd* | | $28,721.29 | ($642,429.73) |
| 2/4/2019 | Regular deposit | 🔍Deposit | | $88,082.97 | ($554,346.76) |
| 2/4/2019 | Regular deposit | 🔍Deposit | | $250,000.00 | ($304,346.76) |
| 2/4/2019 | Check #10348 | 🔍10348 | $3,348.52 | | ($307,695.28) |
| 2/4/2019 | Check #11170 | 🔍11170 | $4,112.49 | | ($311,807.77) |
| 2/4/2019 | Check #11270 | 🔍11270 | $68,340.33 | | ($380,148.10) |
| 2/4/2019 | Check #11280 | 🔍11280 | $2,331.44 | | ($382,479.54) |

https://onlinebanking.almenastatebank.com/Pages/AccountHistory.aspx                2/8/2019

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2019 | Check #11294 | 🔍11294 | $45,128.98 | | ($427,608.52) |
| 2/4/2019 | Check #11316 | 🔍11316 | $6,438.09 | | ($434,046.61) |
| 2/4/2019 | Check #11326 | 🔍11326 | $1,424.95 | | ($435,471.56) |
| 2/4/2019 | Check #11336 | 🔍11336 | $547.22 | | ($436,018.78) |
| 2/4/2019 | Check #11352 | 🔍11352 | $16,157.36 | | ($452,176.14) |
| 2/4/2019 | Check #11353 | 🔍11353 | $850.39 | | ($453,026.53) |
| 2/4/2019 | Check #11381 | 🔍11381 | $12,120.54 | | ($465,147.07) |
| 2/4/2019 | Check #11397 | 🔍11397 | $953.13 | | ($466,100.20) |
| 2/4/2019 | Check #11399 | 🔍11399 | $3,731.98 | | ($469,832.18) |
| 2/4/2019 | Check #11405 | 🔍11405 | $31,196.86 | | ($501,029.04) |
| 2/5/2019 | Regular deposit | 🔍Deposit | | $199,685.00 | ($301,344.04) |
| 2/5/2019 | Check | 🔍Withdrawal | $15,340.00 | | ($316,684.04) |
| 2/5/2019 | Check #11140 | 🔍11140 | $415.00 | | ($317,099.04) |
| 2/5/2019 | Check #11163 | 🔍11163 | $1,080.92 | | ($318,179.96) |
| 2/5/2019 | Check #11191 | 🔍11191 | $23,452.91 | | ($341,632.87) |
| 2/5/2019 | Check #11247 | 🔍11247 | $475.00 | | ($342,107.87) |
| 2/5/2019 | Check #11283 | 🔍11283 | $68,016.50 | | ($410,124.37) |
| 2/5/2019 | Check #11315 | 🔍11315 | $2,543.68 | | ($412,668.05) |
| 2/5/2019 | Check #11345 | 🔍11345 | $6,764.38 | | ($419,432.43) |
| 2/5/2019 | Check #11364 | 🔍11364 | $53,500.98 | | ($472,933.41) |
| 2/5/2019 | Check #11370 | 🔍11370 | $83,518.39 | | ($556,451.80) |
| 2/5/2019 | Check #11371 | 🔍11371 | $5,349.44 | | ($561,801.24) |
| 2/5/2019 | Check #11380 | 🔍11380 | $3,823.02 | | ($565,624.26) |
| 2/5/2019 | Check #11382 | 🔍11382 | $14,357.17 | | ($579,981.43) |
| 2/5/2019 | Check #11388 | 🔍11388 | $6,995.44 | | ($586,976.87) |
| 2/5/2019 | Check #11401 | 🔍11401 | $1,544.91 | | ($588,521.78) |
| 2/5/2019 | Check #11402 | 🔍11402 | $1,814.65 | | ($590,336.43) |
| 2/5/2019 | Check #11409 | 🔍11409 | $2,184.64 | | ($592,521.07) |
| 2/5/2019 | Check #11411 | 🔍11411 | $106,656.66 | | ($699,177.73) |
| 2/5/2019 | Check #11417 | 🔍11417 | $1,195.07 | | ($700,372.80) |
| 2/5/2019 | Check #11420 | 🔍11420 | $510.00 | | ($700,882.80) |
| 2/5/2019 | Check #11423 | 🔍11423 | $275.00 | | ($701,157.80) |
| 2/5/2019 | Check #11424 | 🔍11424 | $185.00 | | ($701,342.80) |
| 2/5/2019 | Check #11425 | 🔍11425 | $360.00 | | ($701,702.80) |
| 2/5/2019 | Check #11431 | 🔍11431 | $48.00 | | ($701,750.80) |
| 2/5/2019 | Check #11432 | 🔍11432 | $150.00 | | ($701,900.80) |
| 2/5/2019 | Check #11433 | 🔍11433 | $670.00 | | ($702,570.80) |
| 2/5/2019 | Check #11439 | 🔍11439 | $70,890.00 | | ($773,460.80) |
| 2/5/2019 | Check #11440 | 🔍11440 | $81,903.50 | | ($855,364.30) |
| 2/5/2019 | Check #11441 | 🔍11441 | $215,589.00 | | ($1,070,953.30) |
| 2/6/2019 | Regular deposit | 🔍Deposit | | $127,758.48 | ($943,194.82) |
| 2/6/2019 | Regular deposit | 🔍Deposit | | $472,022.80 | ($471,172.02) |
| 2/6/2019 | Regular deposit | 🔍Deposit | | $685,807.38 | $214,635.36 |
| 2/6/2019 | Regular deposit | 🔍Deposit | | $735,334.51 | $949,969.87 |
| 2/6/2019 | Mobile Deposit | 🔍Deposit | | $15,340.00 | $965,309.87 |
| 2/6/2019 | Check #11024 | 🔍11024 | $578.92 | | $964,730.95 |
| 2/6/2019 | Check #11084 | 🔍11084 | $152.21 | | $964,578.74 |
| 2/6/2019 | Check #11093 | 🔍11093 | $256.87 | | $964,321.87 |

https://onlinebanking.almenastatebank.com/Pages/AccountHistory.aspx

2/8/2019

| | Date | Description | Check | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | 2/6/2019 | Check #11314 | Q11314 | $1,648.72 | | $962,673.15 |
| | 2/6/2019 | Check #11377 | Q11377 | $28,721.29 | | $933,951.86 |
| | 2/6/2019 | Check #11408 | Q11408 | $1,735.61 | | $932,216.25 |
| | 2/6/2019 | Check #11421 | Q11421 | $30.00 | | $932,186.25 |
| | 2/6/2019 | Check #11426 | Q11426 | $313.44 | | $931,872.81 |
| | 2/6/2019 | Check #11587 | Q11587 | $63,571.46 | | $868,301.35 |
| | 2/6/2019 | Check #11591 | Q11591 | $93,080.83 | | $775,220.52 |
| | 2/6/2019 | Check #11593 | Q11593 | $225,486.00 | | $549,734.52 |
| | 2/6/2019 | Check #11594 | Q11594 | $283,115.00 | | $266,619.52 |
| | 2/6/2019 | Check #11595 | Q11595 | $251,399.00 | | $15,220.52 |
| * | 2/8/2019 | Forced post debit | | $277,900.09 | | ($262,679.57) |
| * | 2/8/2019 | Regular deposit | Q Deposit | | $266,509.43 | $3,829.86 |
| * | 2/8/2019 | Closed Account | | | $135,000.00 | $138,829.86 |
| * | 2/8/2019 | Closed Account | | | $78,323.72 | $217,153.58 |
| * | 2/8/2019 | Check | Q11478 | $12,754.08 | | $204,399.50 |
| * | 2/8/2019 | Closed Account | | | $50,768.13 | $255,167.63 |
| * | 2/8/2019 | Check | Q11463 | $1,572.82 | | $253,594.81 |
| * | 2/8/2019 | Closed Account | | | $40,427.82 | $294,022.63 |
| * | 2/8/2019 | Check | Q11442 | $253,125.00 | | $40,897.63 |
| * | 2/8/2019 | Closed Account | Stickman | | $30,902.40 | $71,800.03 |
| * | 2/8/2019 | Closed Account | Mulder | | $28,197.47 | $99,997.50 |
| * | 2/8/2019 | Closed Account | Miller | | $24,880.13 | $124,877.63 |
| * | 2/8/2019 | Closed Account | Baber | | $21,754.33 | $146,631.96 |
| * | 2/8/2019 | Closed Account | Krafft | | $17,823.67 | $164,455.63 |
| * | 2/8/2019 | Closed Account | Brasscher | | $17,565.44 | $182,021.07 |
| * | 2/8/2019 | Closed Account | Shaffer | | $17,344.98 | $199,366.05 |
| * | 2/8/2019 | Closed Account | Nichols | | $8,756.03 | $208,122.08 |
| * | 2/8/2019 | Closed Account | Adams | | $6,801.11 | $214,923.19 |
| * | 2/8/2019 | Closed Account | Thomas | | $6,691.60 | $221,614.79 |
| * | 2/8/2019 | Closed Account | Biggs Miller | | $4,169.60 | $225,784.39 |
| * | 2/8/2019 | Check | Q11534 | $3,133.37 | | $222,651.02 |
| * | 2/8/2019 | Closed Account | Biggs | | $4,169.59 | $226,820.61 |
| * | 2/8/2019 | Closed Account | Shaffer | | $3,654.10 | $230,474.71 |
| * | 2/8/2019 | Closed Account | Godcey | | $1,602.93 | $232,077.64 |
| * | 2/8/2019 | Closed Account | Whison | | $1,179.29 | $233,256.93 |
| * | 2/8/2019 | Closed Account | | | $959.32 | $234,216.25 |
| * | 2/8/2019 | Closed Account | | | $930.59 | $235,146.84 |
| * | 2/8/2019 | Check | Q11553 | $465.00 | | $234,681.84 |
| * | 2/8/2019 | Check | Q11545 | $75,786.00 | | $158,895.84 |
| * | 2/8/2019 | Check | Q11542 | $12,413.48 | | $146,482.36 |
| * | 2/8/2019 | Check | Q11561 | $27,356.48 | | $119,125.88 |
| * | 2/8/2019 | Check | Q11536 | $9,172.43 | | $109,953.45 |
| * | 2/8/2019 | Check | Q11383 | $34,283.17 | | $75,670.28 |
| * | 2/8/2019 | Check | Q11580 | $15.00 | | $75,655.28 |
| * | 2/8/2019 | Check | Q11506 | $36,819.57 | | $38,835.71 |
| * | 2/8/2019 | Check | Q11511 | $146,639.23 | | ($107,803.52) |
| * | 2/8/2019 | Check | Q11446 | $1,070.16 | | ($108,873.68) |
| * | 2/8/2019 | Check | Q11476 | $13,541.42 | | ($122,415.10) |

Lyle G
Lyle G.
Lyle G.

https://onlinebanking.almenastatebank.com/Pages/AccountHistory.aspx

2/8/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| * | 2/8/2019 | Check | 🔍11366 | $18,488.46 | | ($140,903.56) |
| * | 2/8/2019 | Check | 🔍11531 | $200,000.00 | | ($340,903.56) |
| * | 2/8/2019 | Check | 🔍11434 | $750.00 | | ($341,653.56) |
| * | 2/8/2019 | Check | 🔍10947 | $420.24 | | ($342,073.80) |
| * | 2/8/2019 | Check | 🔍11021 | $707.79 | | ($342,781.59) |
| * | 2/8/2019 | Check | 🔍11470 | $4,139.58 | | ($346,921.17) |
| * | 2/8/2019 | Check | 🔍11458 | $2,939.21 | | ($349,860.38) |
| * | 2/8/2019 | Check | 🔍11202 | $6,778.31 | | ($356,638.69) |
| * | 2/8/2019 | Check | 🔍11462 | $2,376.59 | | ($359,015.28) |
| * | 2/8/2019 | Check | 🔍11407 | $1,252.20 | | ($360,267.48) |
| * | 2/8/2019 | Check | 🔍11319 | $1,675.34 | | ($361,942.82) |
| * | 2/8/2019 | Check | 🔍11480 | $828.21 | | ($362,771.03) |
| * | 2/8/2019 | Check | 🔍11482 | $10,766.75 | | ($373,537.78) |

* This transaction is pending.

*Handwritten: LEON ROSS / LEON ROSS / Helen Hage. / Steve Hageman*

Copyright © 2019 Almena State Bank. All rights reserved.

https://onlinebanking.almenastatebank.com/Pages/AccountHistory.aspx

2/8/2019

Aflac
1932 Wynnton Rd
Columbus GA 31999

Ally Financial
P O Box 380801
Bloomington MN 55438

Almena State Bank
P O Box 127
Almena KS 67622

Frank Applehans
P O Box 53
Morland KS 67650

Jeff Ary
1971 Fatzer St
Lewis KS 67552

Baker Farms
765 E Mohawk
Phillipsburg KS 67661

Tim Berland
1260 2 Rd
Damar KS 67632

Box S Ranch
2728 County 685 Ave
Lucas KS 67648

Cintas Corporation 449
P O Box 88005
Chicago IL 60680-1005

Cline Wood Agency
P O Box 415035
Kansas City MO 64141-5035

Randy Clydsdale
507 N Wabash Ave
Norton KS 67654

```
CNH Industrial Capital
Productivity Plus Account
P O Box 790449
Saint Louis MO 63179


CNH Industrial Capital America
500 Diller Ave
New Holland PA 17557


CNH Industrial Capital America
100 Brubaker Ave
New Holland PA 17557


CNH Industrial Retail Accounts
P O Box 71264
Philadelphia PA 19176-6264


Conway Farms
2607 C Augusta Ln
Hays KS 67601


Wes Cook
2195 14 Rd
Plainville KS 67663


Ed Courtney
Quinter KS 67752


Peggy Daily
583 Vineyard Rd
Ellis KS 67637


Chris Dorman
Dorman Family Farms LLC
422 S Smokyhill Ave
Oakley KS 67748


Jeff Drees
2977 US HWY 282
Hill City KS 67642


Keith Erickson
1197 W Iron Rd
Prairie View KS 67664
```

Farm Service Agency
3600 Anderson Avenue
Manhattan KS 66503-2511


Ferguson Angus
878 E Santa Fe Rd
Agra KS 67621


Ford Motor Credit Company LLC
c/o Natl Bankruptcy Serv Ctr
P O Box 62180
Colorado Springs CO 80962


Daniel Gottschalk
1812 Maple St
Ellis KS 67637


Lyle Gottschalk
1812 Maple St
Ellis KS 67637


Justin Hogan
24187 AA Rd
Densmore KS 67645


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit MO 64064


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia PA 19101-7346


International Sureties Ltd
c/o Liz Dukes
701 Poydras St Ste 420
New Orleans LA 70139


Jim Mitten Trucking
3660 US 40
Oakley KS 67748

K6 Farms-Garrett Krueger
1309 E Fox
Kensington KS 66951


Kansas Depart of Agriculture
900 SW Jackson Rm 456
Topeka KS 66612


Kansas Department of Labor
Legal Services
401 S.W. Topeka Boulevard
Topeka KS 66603-3182


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Denton Krafft
760 W Mohawk Rd
Phillipsburg KS 67661


Eldon Kriley
2140 J Terr
Stockton KS 67669


Landmark National Bank
P O Box 308
Manhattan KS 66502


Thomas J Lasater
Fleeson Gooing Coulson Kitch
P O Box 997
Wichita KS 67201


Brenda Lucas
P O Box 153
Palco KS 67657


Brian Luhman
2837 W 200th Dr
Natoma KS 67651

Lyle Luhman
2030 CO 647 Ave
Natoma KS 67651


Cleo McComb
377 E Hwy 9
Glade KS 67639


Midwest Energy Inc
P O Box 898
Hays KS 67601


Mulder Farms
17532 Rd E12
Logan KS 67646


Gary Mulder
27845 Rd R
Logan KS 67646


Riley Noll
20998 Q Rd
Ransom KS 67572


Office of General Counsel
US Dept of Agriculture
P O Box 419205 Mail Stop 1401
Kansas City MO 64141-6205


Brian Pelton
2710 9 Rd
Plainville KS 67663


Plainville Livestock LLC
c/o Tyler D Gillum
P O Box 356
Plainville KS 67663-0356


Jason Rathbun
2270 9 Rd
Zurich KS 67663-7035


Duffy Rye
886 Pleasant View Rd
Russellville AR 72802

Bryce and Dawn Sammons
625 3 Rd
Logan KS 67646


Jeff Sammons
206 W Commercial St
Logan KS 67646


Lloyd Schneider
1807 W 1300 Rd
Logan KS 67646-5020


Melvin Schultz
2957 S 50th Ave
Lucas KS 67648


Wesley F Smith
Stevens & Brand LLP
P O Box 189
Lawrence KS 66044


Spresser Farms
151 E Rd 120N
Dresden KS 67635


Derek Stockman
P O Box 41
Kirwin KS 67644


Joe Suchland
1272 E Mohawk Rd
Agra KS 67621


TBK Bank
12700 Park Central Dr
Dallas TX 75251


TBK Bank
401 S Main
Lamar CO 81052


Delaine Thomas
312 Holland
Prairie View KS 67664

Gene Tilton
aka JGT
708 Southwood Ct
Quinter KS 67752


Travelers RMD
P O Box 5600
Hartford CT 06102-5600


Brad Trexler
2977 US Hwy 283
Hill City KS 67642


Tyler D Gillum
P O Box 356
Plainville KS 67663


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202


US Small Business Admin
Attn: District Counsel
220 W Douglas Ave Ste 450
Wichita KS 67202


USDA
c/o John Ver Linden
3950 Lewiston St Ste 200
Aurora CO 80011


USDA Rural Development
P O Box 66879
Saint Louis MO 63166


Rick Wagner
1117 W 800 Rd
Phillipsburg KS 67661


Brayden Werth
413 Jefferson
Ellis KS 67637

```
Leland Werth
24023 360th Ave
Ellis KS 67637


Rodney Werth
24023 360th Ave
Ellis KS 67637


Western Cooperative Electric
P O Box 278
Wakeeney KS 67672
```

# United States Bankruptcy Court
## District of Kansas

In re    **Plainville Livestock Commission, Inc.**        Case No.    **19-10293**

                                Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 14, 2019**                       **/s/ Tyler D. Gillum**

                                             **Tyler D. Gillum**/President
Signer/Title